# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## NOTICE OF RELATED CASES

---

    Pursuant to Local Civil Rule 3.2, Plaintiff, by and through its undersigned counsel, hereby states there are no related cases.

| | |
|---|---|
| Dated: November 27, 2020 | /s/ Rajiv Madan |
| | **Rajiv Madan** |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, DC  20005 |
| | Telephone:   (202) 371-7020 |
| | E-mail:   raj.madan@skadden.com |
| | Attorney for Plaintiff Liberty Global, Inc. |