# EXHIBIT 2

# Project Soy

**January 3, 2019**

**Final Version**

**CONFIDENTIAL –**
DO NOT DISTRIBUTE WITHOUT PRIOR WRITTEN CONSENT FROM LIBERTY GLOBAL TAX



# Telenet Group Holding NV – Current Relevant Structure

*Simplified Diagram (September 2018)*

LIBERTY GLOBAL




# Telenet Group BVBA Capital Reduction
*Completed on 26 December 2018*





### Step 1

Telenet Group BVBA ("Telenet Group") decreases its issued share capital to its shareholders, Telenet Group Holding NV ("TGH") and Telenet International Finance Sarl ("TIF") (holding 1 share).  The amount of the capital decrease is €4.283B.

### Considerations:

- Two month waiting period after publication in Belgian Official Gazette of notarial deed approving capital decrease
- Requirement that Telenet is below 5x net total debt to consolidated EBITDA (as currently the case currently case)
- No documentation (e.g., IC loan agreement) required from claim of TGH and TIF against Telenet Group created by capital reduction during waiting period

### Timing

- *Capital Reduction approved by Telenet Group Holding NV (s/h of Telenet Group BVBA) Board on 12 Oct 2018*
- *Publication in Belgian Gazette occurred 29 October*
- *Deed concluding capital reduction (together with step 3) notarized on 26 December 2018*

# Finance Company Reorganization
*Completed on 25 December 2018*





### Step 2

TIF transfers 100% of the outstanding shares of Telenet Financing USD LLC ("TF LLC") to TGH in exchange for cash based on fair market value.

### Considerations:

- FMV of TF LLC is expected to be nominal due to back-to-back loan positions
- Transfers will need to constitute a Permitted Disposal
- Covenants:
  - TF LLC shares are pledged, new NY law security document will need to be entered into by TGH to ensure that the shares remain pledged
  - Designate TF LLC as Permitted Affiliate Parent; LG to coordinate deliverables

### Timing

- *Documents signed / effective 25 December 2018*
- *As TGH board has already met for December, minutes won't reflect ratification of step (but has been approved in earlier meeting); final opinion / ratification will follow*

# Telenet Group BVBA Conversion and Profit Certificate Issuance
### Completed on 26 December 2018





#### Step 3

A) Upon completion of the capital reduction from Step 1, Telenet Group converts to be an NV/SA under Belgian law.

B) At the same time, TNG and TIF use the claim to the amount of the capital decrease as a contribution in return for the newly issued profit certificates from Telenet Group.

#### Considerations:

- The amount of the contribution and number of profit certificates to be issued is equal to capital decrease amount (€4.2B); such amount may exceed 50% of the value of outstanding shares, resulting in suspension of (already limited) voting rights of exceeding profit certificates
- Commercial implications of Telenet legal form and name change
- Statement of assets and liabilities of Telenet Group and statutory auditors report required
- LG to coordinate deliverables relating to the security package under the financing docs

#### Timing

- *Will occur as part of one notarial deed, including completion of capital reduction, conversion to NV and profit certificate issuance*
- *Deed including conversion and profit certificate issuance to be notarized on 26 December 2018 making step 3 effective*
- *As TGH board has already met for December, minutes won't reflect ratification of step (but has been approved in earlier meeting); final opinion / ratification will follow*

# Transfer of Binan Investments
## Completed on 28 December 2018





### Step 4

Liberty Global Broadband II Ltd transfers Binan Investments BV ("Binan") to Liberty Global plc in exchange for an intercompany note of €2,899,000,000, equal to the fair market value of Binan.

### Considerations:

- UK Tax Considerations
- NL tax and legal
- LG to coordinate with Belgian counsel regarding change in shareholder chain; LG to issue:
  1) Transparency declaration to Telenet Group Holding NV and the FSMA within 4 trading days as from the transfer of the shares in Binan
  2) The change in the chain of control over Telenet Group Holding NV will have to be included and described in the annual grandfathering notification update in August 2019.

### Timing

- *Deed of transfer to be executed by NL notary on 28 December 2018*

## Ending Structure
*Simplified Diagram (December 2018)*





Payable ◄-------- Receivable

Project Soy – CONFIDENTIAL: DO NOT DISTRIBUTE 7