## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02622

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LIBERTY GLOBAL INC.,

      Defendant.

---

## NOTICE OF AMENDED COMPLAINT

---

      The United States has filed an amended complaint to correct a clerical error in the initial complaint, filed earlier today.  Pursuant to LCivR 15.1, the United States submits this notice and attaches as an exhibit a document showing the changes to the original complaint.

October 7, 2022

                                                      DAVID A. HUBBERT
                                                      Deputy Assistant Attorney General

                                                      */s/ E. Carmen Ramirez*
                                                      THOMAS J. SAWYER
                                                      E. CARMEN RAMIREZ
                                                      ISAAC M. HOENIG
                                                      Trial Attorneys
                                                      U.S. Department of Justice, Tax Division
                                                      P.O. Box 683, Ben Franklin Station
                                                      Washington, D.C.  20044
                                                      Tel:    (202) 514-8129 (Sawyer)
                                                                (202) 616-2885 (Ramirez)
                                                                (202) 307-5963 (Hoenig)

Fax: (202) 307-0054
Thomas.J.Sawyer@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
Isaac.M.Hoenig@usdoj.gov

*Attorneys for the United States of America*