**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**　　　　　　　　　　　　　　　　　　　　　　　　303-844-2527
　Judge

December 14, 2020

TO:　　　　Jeffrey Colwell, Clerk

FROM:　　　Judge Babcock　　　　　　　s/LTB

RE:　　　　Civil Action No.  20-cv-03501
　　　　　　Liberty Global, Inc. v. USA

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp