IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02622-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIBERTY GLOBAL, INC.,

    Defendant.

**UNITED STATES' FIRST UNOPPOSED MOTION TO EXTEND SCHEDULING CONFERENCE AND RELATED DEADLINES**

The United States of America, by and through the undersigned counsel, hereby moves the Court to extend the Scheduling Conference currently set for December 14, 2022, at 11:30 AM for a period of 60 days. *See* (Dkt. 7). The United States also requests that the Court extend the associated Rule 26(f) conference deadline and the deadline to file a joint proposed scheduling order for a period of 60 days. *See* (*id*). The United States has conferred with counsel for Liberty Global, Inc. and confirmed that they do not object to the relief sought in this request. In support, the United States avers as follows:

The United States initiated this action on October 7, 2022. (Dkt. 1). Also on October 7, 2022, the United States filed a First Amended Complaint. (Dkt. 4). On October 21, 2022, the United States sent LGI a request to waive service of process pursuant to Fed. R. Civ. P. 4(d), and LGI waived service of process on October 24, 2022. *See* (Dkt. 10). Accordingly, the deadline for LGI to answer, or otherwise respond to the United States' First Amended Complaint is

1

December 20, 2022. *See* Fed. R. Civ. P. 4(d). LGI has not yet responded to the United States' First Amended Complaint or appeared in this action in any other manner. Counsel for LGI has indicated to Counsel for the United States that it intends to file a motion to dismiss the United States' First Amended Complaint. Because LGI has not yet appeared in this action and may move to dismiss the First Amended Complaint, it is premature at this stage for the parties to hold a Rule 26(f) conference, confer regarding a joint proposed scheduling order, or for the Court to hold a scheduling conference. Extending the scheduling conference and related deadlines for 60 days will allow time for LGI to respond to the First Amended Complaint and for the parties to propose an appropriate schedule to the Court.

WHEREFORE, the United States respectfully requests that the Court extend the Scheduling Conference, currently set for December 14, 2022, the deadline to file a joint proposed scheduling order, currently set for December 7, 2022, and the deadline to hold a Rule 26(f) conference, currently set for November 23, 2022, for a period of 60 days. A proposed order is included herewith.

Dated: November 15, 2022,                                Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-5963
Fax: (202) 307-0054
Isaac.m.hoenig@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Pursuant to Local Civil Rule 6.1, I certify that on November 15, 2022, I served a copy of the foregoing document on the following representative of the Internal Revenue Service via email:

Nicholas Doukas
Strategic Litigation Counsel
600 17th Street, Suite 300 N
Denver, Colorado 80202
*Nicholas.d.doukas@irscounsel.treas.gov*

    Respectfully submitted,

    */s/ Isaac M. Hoenig*
    ISAAC M. HOENIG
    Trial Attorney, Tax Division
    U.S. Department of Justice