IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02622-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIBERTY GLOBAL, INC.,

    Defendant.

**[Proposed] ORDER GRANTING UNITED STATES' FIRST UNOPPOSED MOTION TO EXTEND SCHEDULING CONFERENCE AND RELATED DEADLINES**

The United States has filed an Unopposed Motion to Extend Scheduling Conference and Related Deadlines. (Dkt. 11). In light of the motion, and for good cause shown, the Court GRANTS the United States' motion.

A. The Scheduling Conference currently set for December 14, 2022, at 11:30 AM is hereby extended to February 13, 2023, at 11:30 AM, *or such other date as the Court deems appropriate*;

B. The deadline for the parties to submit a joint proposed scheduling order, currently set for December 7, 2022, is hereby extended to February 6, 2023;

C. The deadline for the parties to hold a Rule 26(f) conference, currently set for November 23, 2022, is hereby extended to January 23, 2023.

//

//

SO ORDERED this _____ day of _____, 2022.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge