**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**AFFIDAVIT OF SERVICE OF SUMMONS & COMPLAINT**

---

    I, Rajiv Madan, certify that copies of the Summons and Complaint in the above-captioned case were served by Certified Mail with Return Receipt Requested to the following parties:

U.S. Attorney Jason R. Dunn (Certified No. 7018 1830 0002 1749 3693)
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Mr. William Barr (Certified No. 7018 1830 0002 1749 3716)
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Mr. Michael J. Desmond, Chief Counsel (Certified No. 7018 1830 0002 1749 3709)
Internal Revenue Service
1111 Constitution Avenue, NW
3026 IR
Washington, DC 20224

Service upon all service parties was made on November 30, 2020 (the Complaint was filed on November 27, 2020). These documents were received by all service parties as follows: 1) Mr. Desmond was served on December 2, 2020; 2) Mr. Dunn was served on December 3, 2020; and 3) Mr. Barr was served on December 8, 2020. Accordingly, with respect to Mr. Dunn and Mr. Barr, the Proofs of Service and the confirmations of Certified Mailing and respective USPS Tracking confirmations/return receipts are attached as Exhibits A and B, respectively. I did not receive the return receipt for Mr. Desmond, but the USPS Tracking confirmation shows delivery was made on December 2, 2020, and the confirmation of Certified Mailing and USPS Tracking confirmation are attached as Exhibit C.

Respectfully submitted this 21st day of December, 2020.

By: /s/ Rajiv Madan
**Rajiv Madan**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7020
E-mail: raj.madan@skadden.com
Attorney for Plaintiff Liberty Global, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I will send a copy of the **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT** by Federal Express overnight delivery on December 21, 2020 to the following parties:

U.S. Attorney Jason R. Dunn
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Mr. William Barr
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Mr. Michael J. Desmond, Chief Counsel
Internal Revenue Service
1111 Constitution Avenue, NW
3026 IR
Washington, DC 20224

/s/ Rajiv Madan
**Rajiv Madan**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7020
E-mail: raj.madan@skadden.com
Attorney for Plaintiff Liberty Global, Inc.