# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| LIBERTY GLOBAL, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-cv-03501-NYW |
| UNITED STATES OF AMERICA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney Jason R. Dunn
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rajiv Madan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2020

s/ J. Torres
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-03501-NYW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Dunn
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By certified mail at address:
U.S. Attorney Jason Dunn
U.S. Attorney's Office, District of Colorado
1801 California ST., #1600
Denver, CO 80202

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/30/2020

*Angela Owens*

*Server's signature*

Angela Owens, Sr. Legal Assistant Specialist

*Printed name and title*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, DC 20005

*Server's address*

[U.S. Postal Service Certified Mail Receipt, addressed to: U.S. Attorney Jason Dunn, 1801 California St. #1600, Denver, CO 80202; signed "Angie Owens LGI"; tracking number 7018 1430 0002 1749 3693]





# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 70181830000217493693

Remove ✕

Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on December 3, 2020 at 12:23 pm.

Feedback

## ✓ Delivered to Agent

December 3, 2020 at 12:23 pm
Delivered to Agent for Final Delivery
DENVER, CO 80202

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 3, 2020, 12:23 pm**
Delivered to Agent for Final Delivery
DENVER, CO 80202
Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on December 3, 2020 at 12:23 pm.

**December 3, 2020, 12:54 am**
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**December 2, 2020, 6:36 am**
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**December 1, 2020, 5:39 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 30, 2020, 10:51 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

**Product Information** ∧

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**