# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

LIBERTY GLOBAL, INC.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

*Defendant(s)*

Civil Action No. 20-cv-03501-NYW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. William Barr
United States Attorney General
950 Pennyslvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rajiv Madan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2020

s/ J. Torres

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-03501-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Barr
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By certified mail at address:
U.S. Attorney General William Barr
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/30/2020

*Angela Owens*

Server's signature

Angela Owens, Sr. Legal Assistant Specialist

Printed name and title

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, DC 20005

Server's address

[U.S. Postal Service Certified Mail Receipt — addressed to Mr. William Barr, U.S. Atty General, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001]



# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70181830000217493716                              Remove ✕

Your item was delivered at 4:55 am on December 8, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

December 8, 2020 at 4:55 am
Delivered
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** 

---

**Tracking History** 

**December 8, 2020, 4:55 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:55 am on December 8, 2020 in WASHINGTON, DC 20530.

---

**December 7, 2020, 10:42 am**
Available for Pickup
WASHINGTON, DC 20530

**December 7, 2020, 6:49 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 6, 2020**
In Transit to Next Facility

**December 3, 2020, 10:48 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 3, 2020, 12:23 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 1, 2020, 9:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

**December 1, 2020, 5:39 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 30, 2020, 10:51 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

# Product Information

**Postal Product:**

**Features:**
Certified Mail™

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback