# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| LIBERTY GLOBAL, INC. *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-03501-NYW |
| UNITED STATES OF AMERICA *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mr. Michael J. Desmond, Chief Counsel
Internal Revenue Service
1111 Constitution Avenue, NW
3026 IR
Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rajiv Madan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2020

s/ J. Torres

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-03501-NYW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Desmond was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By certified mail at address:
Michael Desmond, Chief Counsel
Internal Revenue Service
1111 Constitution Ave. NW # 3026IR
Washington, DC 20224

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/30/2020

*Angela Owens*

*Server's signature*

Angela Owens, Sr. Legal Assistant Specialist

*Printed name and title*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, DC 20005

*Server's address*

[U.S. Postal Service Certified Mail Receipt, handwritten "Angie Owens LH", addressed to Mr. Michael Desmond, IRS, 1111 Constitution Ave NW #3026IR, Washington DC 20224; tracking number 7018 1830 0002 1749 3709]



# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70181830000217493709

Remove ✕

Your item was delivered to an individual at the address at 11:17 am on December 2, 2020 in WASHINGTON, DC 20224.



## Delivered

December 2, 2020 at 11:17 am
Delivered, Left with Individual
WASHINGTON, DC 20224

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 2, 2020, 11:17 am**
Delivered, Left with Individual
WASHINGTON, DC 20224
Your item was delivered to an individual at the address at 11:17 am on December 2, 2020 in WASHINGTON, DC 20224.

**December 2, 2020, 9:38 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 2, 2020, 12:19 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 1, 2020, 5:39 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 30, 2020, 10:51 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

**Product Information** ∧

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**