## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:22-CV-02622-RBJ-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIBERTY GLOBAL, INC.,

    Defendant.

---

### ENTRY OF APPEARANCE OF GREGORY S. TAMKIN

---

    PLEASE TAKE NOTICE that Gregory S. Tamkin of Dorsey & Whitney LLP hereby enters his appearance as counsel of record, in the above-captioned case, on behalf of Defendant Liberty Global, Inc.

    Please direct copies of all future correspondence, notices, briefs, motions and other pleadings concerning the above-captioned case to the listed counsel of record at the offices of Dorsey & Whitney, LLP at the address below.

    Respectfully submitted this 20th day of December, 2022.

                                         *s/ Gregory S. Tamkin*
                                         Gregory S. Tamkin, #027105
                                         DORSEY & WHITNEY LLP
                                         1400 Wewatta Street, Suite 400
                                       Denver, CO 80202-5549
                                       Telephone: (303) 629-3400
                                       Facsimile: (303) 629-3450
                                       E-mail:  tamkin.greg@dorsey.com

                                       **Attorney for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I caused the foregoing document, **ENTRY OF APPEARANCE OF GREGORY S. TAMKIN**, to be electronically filed with the Clerk of the Court using the CM/ECF/Pacer system which will send notification of such filing to the following:

DAVID A. HUBBERT
Deputy Assistant Attorney General
E. Carmen Ramirez
THOMAS J. SAWYER
ISAAC M. HOENIG
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Thomas.J.Sawyer@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
Isaac.M.Hoenig@usdoj.gov

**Attorney for Plaintiff**

*s/ Wynter Wells*
DORSEY & WHITNEY LLP

1