## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02622-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LIBERTY GLOBAL, INC.,

      Defendant.

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that Rajiv Madan of Skadden, Arps, Slate, Meagher & Flom LLP, is a member in good standing of the bar of this Court, and hereby enters his appearance in this case on behalf of Defendant Liberty Global, Inc.

Respectfully submitted this 20th day of December, 2022.

    By:    /s/ Rajiv Madan
              **Rajiv Madan**
              Skadden, Arps, Slate, Meagher & Flom LLP
              1440 New York Avenue, N.W.
              Washington, DC 20005
              Telephone: (202) 371-7020
              E-mail: raj.madan@skadden.com
              *Attorney for Defendant Liberty Global, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Rajiv Madan
**Rajiv Madan**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7020
E-mail: raj.madan@skadden.com
*Attorney for Defendant Liberty Global, Inc.*