**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02622-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LIBERTY GLOBAL, INC.,

      Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

PLEASE TAKE NOTICE, that Nathan P. Wacker of Skadden, Arps, Slate, Meagher & Flom LLP, is a member in good standing of the bar of this Court, and hereby enters his appearance in this case on behalf of Defendant Liberty Global, Inc.

Respectfully submitted this 20th day of December, 2022.

By:    /s/ Nathan P. Wacker
          **Nathan P. Wacker**
          Skadden, Arps, Slate, Meagher & Flom LLP
          1440 New York Avenue, N.W.
          Washington, DC 20005
          Telephone: (202) 371-7182
          E-mail: nathan.wacker@skadden.com
          *Attorney for Defendant Liberty Global, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Nathan P. Wacker
**Nathan P. Wacker**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7182
E-mail: nathan.wacker@skadden.com
*Attorney for Defendant Liberty Global, Inc.*