IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02622-RBJ

United States of America,

    Plaintiff,

v.

Liberty Global, Inc.,

    Defendant.

---

**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S LETTER REGARDING ITS PLANNED MOTION TO DISMISS**

---

    Plaintiff Liberty Global, Inc., submitted a letter on December 20, 2022, outlining its intent to file a motion to dismiss the United States' complaint, as discussed in the Court's Practice Standards. The United States' response letter would be due December 27, 2022. Pursuant to LCivR 6.1(a), and in light of the holidays and various attorneys for the United States' planned time off, the parties hereby stipulate that the United States may have until January 11, 2023, to submit its response, subject to the Court's approval. This is the first such request. A proposed order is included herewith.

//

1

Dated: December 20, 2022,

| | |
|---|---|
| /s/ Nathan Wacker<br>Rajiv Madan<br>Jessie Liu<br>Nathan Wacker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>(202) 371-7020 (Madan)<br>(202) 371-7340 (Liu)<br>(202) 371-7182 (Wacker)<br>Raj.Madan@skadden.com<br>Jessie.Liu@skadden.com<br>Nathan.Wacker@skadden.com<br><br>Gregory S. Tamkin<br>tamkin.greg@dorsey.com<br>Dorsey & Whitney LLP<br>1400 Wewatta Street, Suite 400<br>Denver, CO 80202-5549<br><br>*Attorneys for Plaintiff Liberty Global, Inc.* | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>/s/ E. Carmen Ramirez<br>Thomas J. Sawyer<br>E. Carmen Ramirez<br>Isaac M. Hoenig<br>U.S. Department of Justice, Tax Division<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-8129 (Sawyer)<br>      (202) 616-2885 (Ramirez)<br>(202) 307-5963 (Hoenig)<br>Fax: (202) 307-0054<br>Thomas.J.Sawyer@usdoj.gov<br>E.Carmen.Ramirez@usdoj.gov<br>Isaac.M.Hoenig@usdoj.gov<br><br>*Attorneys for the United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Pursuant to Local Civil Rule 6.1, I certify that on December 20, 2022, I am serving a copy of the foregoing document on the following representative of the Internal Revenue Service via email:

    Nicholas Doukas
    Strategic Litigation Counsel
    600 17th Street, Suite 300 N
    Denver, Colorado 80202
    *Nicholas.d.doukas@irscounsel.treas.gov*

Respectfully submitted,

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice

3