**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02622-RBJ

United States of America,

    Plaintiff,

v.

Liberty Global, Inc.,

    Defendant.

---

**[Proposed] ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S LETTER REGARDING ITS PLANNED MOTION TO DISMISS**

---

For good cause showing, the Court grants the parties' stipulated request to extend the time for the United States' response to Liberty Global, Inc.'s letter regarding its intent to file a motion to dismiss.  The United States' responsive letter shall be due January 11, 2022.

                                        IT IS SO ORDERED.

                                        _____
                                        United States Senior District Judge

1