**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

      PLEASE TAKE NOTICE, that Christopher P. Bowers of Skadden, Arps, Slate, Meagher & Flom LLP, is a member in good standing of the bar of this Court, and hereby enters his appearance in this case on behalf of Plaintiff Liberty Global, Inc.

      Respectfully submitted this 29th day of March, 2021.

By:   /s/ Christopher P. Bowers
        **Christopher P. Bowers**
        Skadden, Arps, Slate, Meagher & Flom LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005
        Telephone: (202) 371-7060
        E-mail: chris.bowers@skadden.com
        *Attorney for Plaintiff Liberty Global, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2021, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following email addresses:

Rajiv Madan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7020
E-mail: raj.madan@skadden.com
*Attorney for Plaintiff Liberty Global, Inc.*

Gregory S. Tamkin
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 4010
Denver, CO 80202-5549
E-mail: Tamkin.greg@dorsey.com
*Attorney for Plaintiff Liberty Global, Inc.*

Thomas J. Sawyer
Jennifer Yu Golden
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
E-mail: Thomas.J.Sawyer@usdoj.gov
E-mail: jennifer.y.golden@usdoj.gov
*Attorneys for the United States of America*

/s/ Christopher P. Bowers
**Christopher P. Bowers**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7060
E-mail: chris.bowers@skadden.com
*Attorney for Plaintiff Liberty Global, Inc.*