IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02622-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIBERTY GLOBAL, INC.,

    Defendant.

**UNITED STATES' SECOND UNOPPOSED MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND RELATED DEADLINES IN LIGHT OF DEFENDANT'S PROPOSED MOTION TO DISMISS**

This is one of two cases concerning the tax implications of defendant Liberty Global Inc.'s ("LGI") "Project Soy" transactions. In light of LGI's proposed motion to dismiss this action (*see* Dkt. 15), plaintiff the United States hereby moves the Court to continue the scheduling conference currently set for February 13, 2023, and the deadlines for the associated Rule 26(f) conference (January 23, 2023) and proposed scheduling order (February 6, 2023) (Dkt. 12). The United States makes this request because the parties have provided short letter briefs on the motion, and the Court has issued its initial views on the proposal on January 16, 2023 (Dkt. 21). LGI has informed the United States that it will likely file its motion on January 23, 2023 (seven days after the Court issued its views). It may be some time before the motion is briefed and decided. The United States has conferred with LGI's counsel and confirmed that they do not object to the relief sought in this request. In support, the United States avers as follows:

1

The United States initiated this action on October 7, 2022, (Dkt. 1), during the pendency of the related case, *Liberty Global, Inc. v. United States*, 20-cv-03501. The Court set an initial scheduling conference for this case to be held December 14, 2022. (Dkt. 7). On October 21, 2022, the United States sent LGI a request to waive service of process pursuant to Fed. R. Civ. P. 4(d), and LGI waived service of process on October 24, 2022. *See* (Dkt. 10). Accordingly, the deadline for LGI to answer or otherwise respond to the suit was December 20, 2022, which was after the date set for the conference. *See* Fed. R. Civ. P. 4(d). The United States filed an unopposed request to continue the conference and related dates, which the Court approved. (Dkt. 12 (setting current dates)).

On December 20, 2022, LGI submitted a proposal to move to dismiss the complaint (Dkt. 15), pursuant to the Court's procedures for such motions. The United States asked for an extension to respond, in light of the holidays, which the Court approved. The United States therefore filed its response to the proposal on January 11, 2022. (Dkt. 19). On January 16, 2023, the Court issued its initial views on the proposal discouraging LGI from filing the motion, but not prohibiting it.

The United States respectfully submits that it is premature to hold a Rule 26(f) conference, confer regarding a joint proposed scheduling order, or for the Court to hold a scheduling conference, given LGI's stated intention to move to dismiss. This does not mean the case is at a standstill. The parties are currently engaged in discovery in the related proceeding. Because both suits concern the Project Soy transactions' tax implications, discovery in the first suit may be of use in the second. But the United States respectfully suggests that it is appropriate to defer setting scheduling deadlines for this case. The United States submits that if LGI moves

forward with the motion, it would be appropriate to defer scheduling discovery and other events until the Court decides the motion.

WHEREFORE, the United States asks that the Court continue the deadlines for the Rule 26(f) conference, the proposed scheduling order, and the scheduling conference for 30 days, or until 30 days after LGI's motion to dismiss is decided, if applicable, whichever comes later.

Dated: January 19, 2023,                                        Respectfully submitted,

                                                                DAVID A. HUBBERT
                                                                Deputy Assistant Attorney General

                                                                */s/ E. Carmen Ramirez*
                                                                Thomas J. Sawyer
                                                                E. Carmen Ramirez
                                                                Isaac M. Hoenig
                                                                U.S. Department of Justice, Tax Division
                                                                P.O. Box 683, Ben Franklin Station
                                                                Washington, D.C. 20044
                                                                Tel: (202) 514-8129 (Sawyer)
                                                                      (202) 616-2885 (Ramirez)
                                                                      (202) 307-5963 (Hoenig)
                                                                Fax: (202) 307-0054
                                                                Thomas.J.Sawyer@usdoj.gov
                                                                E.Carmen.Ramirez@usdoj.gov
                                                                Isaac.M.Hoenig@usdoj.gov

                                                                *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Pursuant to Local Civil Rule 6.1, I certify that on January 18, 2023, I am also serving a copy of the foregoing document on the following representative of the Internal Revenue Service via email:

Nicholas Doukas
Strategic Litigation Counsel
600 17th Street, Suite 300 N
Denver, Colorado 80202
*nicholas.d.doukas@irscounsel.treas.gov*

Respectfully submitted,

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice