**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**NOTICE OF CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD**

The United States gives notice that it provides here a certified list of the contents of the administrative record of Treasury Decision 9865, 2019-27 I.R.B. 27 (2019), in compliance with the Court's order of April 9, 2021. Attached as Exhibit 1 is the agency's certification and the list of contents. Attached as Exhibit 2 an index to the administrative record.

//

//

//

//

//

//

//

//

Dated: April 16, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Thomas J. Sawyer
THOMAS J. SAWYER
Senior Litigation Counsel
JENNIFER Y. GOLDEN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-8129 (Sawyer)
         (202) 307-6547 (Golden)
Fax: (202) 307-0054
Thomas.J.Sawyer@usdoj.gov
Jennifer.Y.Golden@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to:

Rajiv Madan (raj.madan@skadden.com)
Jessie K. Liu (jessie.liu@skadden.com)
Christopher P. Bowers (chris.bowers@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
*Attorney for Plaintiff Liberty Global, Inc.*

Gregory S. Tamkin (tamkin.greg@dorsey.com)
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO  80202-5549
*Attorney for Plaintiff Liberty Global, Inc.*

Respectfully submitted,

/s/ Thomas J. Sawyer
THOMAS J. SAWYER
Senior Litigation Counsel, Tax Division
U.S. Department of Justice