IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**CERTIFICATION OF ADMINISTRATIVE RECORD**

---

Pursuant to 28 U.S.C. § 1746, Daniel M. McCall declares as follows:

1. I am a Deputy Associate Chief Counsel (International) in the Office of Chief Counsel for the Internal Revenue Service.

2. In this capacity, I am an executive in the office responsible for assembling and maintaining the administrative record for the publication of Treasury Decision 9865, 84 Fed. Reg. 28,398 (June 18, 2019), which contained Treasury Regulation § 1.245A-5T.

3. I hereby certify that the documents, listed in Exhibit A, provided to the Department of Justice in electronic form, are true copies of the documents that constitute the administrative record pertaining to the publication of T.D. 9865.

4. In addition to the electronic documents constituting the administrative record, two additional items were considered that are not included in the administrative record produced to the plaintiff because disclosure of these documents is prohibited by I.R.C. § 6103 (26 U.S.C.). Section 6103 prohibits the disclosure of returns and "return information" unless disclosure is authorized by Title 26. The term "return information" is very broadly defined in the statute. It

means "a taxpayer's identity, the nature, source, or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessments, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to other investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition, or offense." I.R.C. § 6103(b)(2)(A). Materials that are prohibited from disclosure under I.R.C. § 6103 may not legally be produced. While § 6103(h)(4) contains some exceptions that permit disclosure of tax returns or tax return information in litigation, the United States has determined that none of those exceptions apply here.

5. The two additional items that are protected by I.R.C. § 6103 reflect that certain taxpayers were engaged in or were considering engaging in transactions covered by the regulations. The IRS was aware of these taxpayers' actions or planning at the time the regulations were being drafted and considered this information while drafting the regulations. The IRS did not use this information in drafting the regulations beyond confirmation that such transactions were occurring or being considered.

Daniel M. McCall
Digitally signed by Daniel M. McCall
Date: 2021.04.14 16:58:56 -04'00'

Daniel M. McCall
Deputy Associate Chief Counsel
  International (Technical)
Office of Chief Counsel
Internal Revenue Service

# **EXHIBIT A**

## List of Contents of Administrative Record

1. Green Circulation Email
2. Pink Clearance Routing Slip and Clearance Sheet
3. Signed Regulations
4. Plain Language Summary
5. Department of Treasury Policy Statement on the Tax Regulatory Process, March 5, 2019
6. Regulatory Flexibility Act Checklist
7. RIN Documentation
8. Internal Revenue Bulletin Submission Request (Form 14712)
9. Congressional Review Act Forms and Acknowledgement Receipt Forms

| |
|---|
| CRA Form - Chairman House Committee on Ways and Means |
| CRA Form - Chairman Senate Committee on Finance |
| CRA Form - Chief of Staff Joint Committee on Taxation |
| CRA Form - Copy for Publications and Regulations Branch |
| CRA Form - General Counsel GAO |
| CRA Form – President of the Senate |
| CRA Form – Ranking Minority Member House Committee on Ways and Means |
| CRA Form – Ranking Minority Member Senate Committee on Finance |
| CRA Form – Speaker of the House of Representatives |
| Confirmation of Receipt – Mike Pence |
| Confirmation of Receipt – Nancy Pelosi |
| Confirmation of Receipt – GAO |

10. Federal Register Print of the Regulation (TD 9865)
11. Final Regulation with Technical Corrections
12. Technical Corrections
    a. Technical Correction – Correcting Amendment, 84 Fed. Reg. 38,866 (Aug. 8, 2019)
    b. Technical Correction – Correcting Amendatory Language, 84 Fed. Reg. 38,866-38,867 (Aug. 8, 2019)
13. Law (cases, public laws, statutes, etc.):  See Appendix A
14. Reg-106282-18 (Cross Referenced NPRM)
15. Executive Order 12866
16. Executive Order 13563
17. Executive Order 13132
18. Memorandum of Agreement – The Department of the Treasury and the Office of Management and Budget Review of Tax Regulations under Executive Order 12866
19. Articles and Other Commentary

| |
|---|
| New York State Bar Association Report 1404 on Section 245A |
| The Foreign Dividends Received Deduction, Jasper Cummings, 158 Tax Notes 1487 (March 12, 2018) |
| ABA May 2018 Meeting: Ch-Ch-Ch-Changes: Internal Restructurings After the "Tax Cuts and Jobs Act" |
| ABA May 2018 Meeting: How the TCJA Changes the M&A Playbook: Part I – Transactions with Third Parties |

| |
|---|
| Tax-Efficient Repatriation in a Post-TCJA Environment, Paul C. Nylen, Tax Notes International (Oct. 22, 2018) |
| TCJA Technical Glitches, Minority Investments in Foreign Corps., Goodman and Fedida, 2017 TXN 47-52 (Nov. 20, 2017) |
| U.S. Tax Review, Fuller and Neumann, Tax Notes International (Jan. 1, 2018) |
| New York State Bar Association Report 1394 – Report on the GILTI Provisions of the Code (May 4, 2018) |
| ABA Oct. 5, 2018, Repatriation of Foreign Earnings: Real or Imagined, Voluntary or Otherwise |
| New York State Bar Association Report Presentation – Relearning Corporate Transactions (June 24, 2018) |
| Public Participation in the Adoption of Temporary Tax Regulations, 44 Tax Law. 343, M. Asimow (Winter 1991) |
| Selling CFCs – The Consequences of a Blended Territorial and Worldwide Regime (U. of Chic., Nov. 9, 2018) |
| CRS – The Good Cause Exception to Notice and Comment Rulemaking: Judicial Review of Agency Action (January 26, 2016) |

20. Tax Cuts and Jobs Act – Legislative Materials
    a. House Report (H.R. Rep. No. 115-409, 115th Congr. 1st. Sess. 2017)
    b. Senate Committee on Finance, Explanation of the Bill (Sen. Expl. 2017)
    c. Conference Report (Conf. Rep. No. 115-466, 115th Congr. 1st. Sess. 2017)
    d. JCT Explanation (JCS-1-18, 2018)
21. Regulation Draft sent for OIRA Review

<u>Appendix A</u>

1. IRC Section 245A
2. IRC Section 246
3. IRC Section 250
4. IRC Section 267
5. IRC Section 332
6. IRC Section 355
7. IRC Section 356
8. IRC Section 368
9. IRC Section 381
10. 5 U.S.C.A. § 553
11. IRC Section 704
12. IRC Section 707
13. IRC Section 882
14. IRC Section 951A
15. IRC Section 952
16. IRC Section 954
17. IRC Section 957
18. IRC Section 958
19. IRC Section 959
20. IRC Section 961
21. IRC Section 964
22. IRC Section 965
23. IRC Section 1248
24. 2 U.S.C.A. § 1532
25. Treas. Reg. § 1.951A–1
26. Treas. Reg. § 1.951A–2
27. IRC Section 6038
28. IRC Section 7701
29. IRC Section 7805
30. Treas. Reg. § 1.701–2
31. Treas. Reg. § 1.951–1
32. Treas. Reg. § 1.952–2
33. Treas. Reg. § 1.964–1
34. Treas. Reg. § 1.1248–8
35. Treas. Reg. § 1.1502–1
36. Treas. Reg. § 1.1502–76
37. Treas. Reg. § 1.1502–77
38. Tax Relief Extension Reconciliation Act of 2005: H.R. Rep. No. 109-304 (2005)
39. Revenue Act of 1962: H.R. Rep. No. 87-1447 (1962)
40. IRS Notice 2007-9
41. Revenue Act of 1962, Pub. L. No. 87-834, 76 Stat. 960 (1962)
42. IRC Section 951

43. Treas. Reg. § 1.367(b)–4
44. Treas. Reg. § 1.951–1
45. Treas. Reg. § 1.7701(l)–4
46. IRC Section 367
47. Treas. Prop. Rules Regarding Certain Hybrid Arrangements, 83 Fed. Reg. 67612 (Dec. 28, 2018)
48. *Beecher v. Comm'r*, 481 F.3d 717 (9th Cir. 2007)
49. *Chevron, U.S.A., Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984)
50. *Chrysler Corp. v. United States*, 592 F.3d 1330 (Fed. Cir. 2010)
51. Tax Reform Act of 1984: H.R. Rep. No. 98-432, pt. 2 (1984)
52. Deficit Reduction Act of 1984: S. Prt. 98-169, vol. I (1984)
53. Deficit Reduction Act of 1984: H.R. Conf. Rep. No. 98-861 (1984)
54. Deficit Reduction Act of 1984, Pub. L. No. 98-369, 98 Stat. 494 (1984)
55. Deficit Reduction Act of 1984: JCS-41-84 (1984)
56. Technical Corrections Act of 1987: JCS-15-87 (1987)
57. Miscellaneous Revenue Act of 1988: H.R. Rep. No. 100-795 (1988)
58. Technical Corrections Act of 1988: S. Rep. No. 100-445 (1988)
59. Technical and Miscellaneous Revenue Act of 1988: H.R. Conf. Rep. No. 100-1104 (1988)
60. Technical and Miscellaneous Revnue Act of 1988, Pub. L. No. 100-647, 102 Stat. 3342 (1988)
61. Internal Revenue Service Restructuring and Reform Act of 1998: S. Rep. No. 105-174 (1998)
62. Internal Revenue Service Restructuring and Reform Act of 1998: H.R. Conf. Rep. No. 105-599 (1998)
63. Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L. No. 105-206, 112 Stat. 685 (1998)
64. Internal Revenue Service Restructuring and Reform Act of 1998: JCS-6-98 (1998)
65. H.R. 1625, Consolidated Appropriations Act (2018)
66. Technical Explanation of the House Ways and Means Committee Chairman's Discussion Draft of the "Tax Technical and Clerical Corrections Act," JCX-1-19 (2019)
67. *Fransen v. United States*, 191 F.3d 599 (5th Cir. 1999)
68. *Immigration and Naturalization Serv. v. Cardoza-Fonseca*, 480 U.S. 421 (1987)
69. IRC Section 243
70. IRC Section 318
71. IRC Section 1059
72. *Krukowski v. Comm'r*, 279 F.3d 547 (7th Cir. 2002)
73. *Mayo Found. v. United States*, 562 U.S. 44 (2011)
74. *Michigan v. Envtl. Prot. Agency*, 576 U.S. 743 (2015)
75. *Mourning v. Family Publications Serv., Inc.*, 411 U.S. 356 (1973)
76. *NationsBank of N. Carolina, N.A. v. Variable Annuity Life Ins. Co.*, 513 U.S. 251 (1995)
77. *Nat'l Labor Relations Bd. v. United Food and Commercial Workers Union, Local 23, AFL-CIO*, 484 U.S. 112 (1987)
78. *Sidell v. Comm'r*, 225 F.3d 103 (1st Cir. 2000)
79. *Sullivan v. Everhart*, 494 U.S. 83 (1990)
80. *Thomas Int'l, Ltd. v. United States*, 773 F.2d 300 (Fed. Cir. 1985)
81. *United States v. City of Fulton*, 475 U.S. 657 (1986)

82. *United States v. Riverside Bayview Homes, Inc.*, 474 U.S. 121 (1985)
83. *W. Nat'l Mut. Ins. Co. v. Comm'r*, 102 T.C. 338 (1994)
84. *Northern Mariana Islands v. U.S.*, 686 F.Supp.2d 7 (D.D.C. 2009)
85. *Petry v. Block*, 737 F.2d 1193 (D.C. Cir. 1984)
86. *Utility Solid Waste Activities Group v. E.P.A.*, 236 F.3d 749 (D.C. Cir. 2001)
87. *American Federation of Government Emp., AFL-CIO v. Block*, 655 F.2d 1153 (D.C. Cir. 1981)
88. *Council of Southern Mountains, Inc. v. Donovan*, 653 F.2d 573 (D.C. Cir. 1981)
89. *Methodist Hosp. of Sacramento v. Shalala*, 38 F.3d 1225 (D.C. Cir. 1994)
90. *Mobil Oil Corp. v. Department of Energy*, 728 F.2d 1477 (Temp. Emer. Ct. App. 1983)
91. *National Women, Infants, and Children Grocers Ass'n v. Food and Nutrition Service*, 416 F.Supp.2d 92 (D.D.C. 2006)
92. *Omnipoint Corp. v. F.C.C.*, 78 F.3d 620 (D.C. Cir. 1996)
93. *Universal Health Services of McAllen, Inc. Subsidiary of Universal Health Services, Inc. v. Sullivan*, 770 F.Supp. 704 (D.D.C. 1991)
94. *Valiant Steel and Equipment, Inc. v. Goldschmidt*, 499 F.Supp. 410 (D.D.C. 1980)
95. *Asiana Airlines v. F.A.A.*, 134 F.3d 393 (D.C. Cir. 1998)
96. *Mack Trucks Inc. v. EPA*, 682 F.3d 87 (D.C. Cir. 2012)
97. *Mid-Tex Elec. Co-op., Inc. v. F.E.R.C.*, 822 F.2d 1123 (D.C. Cir. 1987)
98. *National Federation of Federal Emp. v. Devine*, 671 F.2d 607 (D.C. Cir. 1982)
99. *Chamber of Commerce of United States v. Internal Revenue Serv.*, 2017 WL 4682049 (W.D. Tex. Sept. 29, 2017)
100. *Motor Vehicle Mfrs. Ass'n of the United States, Inc. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29 (1983)
101. *U.S. v. Mead Corp.*, 533 U.S. 218 (2001)
102. *King v. Burwell*, 576 U.S. 473 (2015)