# INDEX OF ADMINISTRATIVE RECORD

***Treasury Decision 9865 Clearance and Other Procedural Documents:***
    Congressional Review Act forms and Acknowledgment Receipt ....................... 117
    Federal Register Print: T.D. 9865, Limitation on Deduction for Dividends Received from Certain Foreign Corporations and Amounts Eligible for Section 954 Look-Through Exception, 84 Fed. Reg. 28,398 - 28,424 (June 18, 2019) (to be codified at 26 C.F.R. § 1.245A-5T) ......... 141
    Federal Register Print: T.D. 9865, Limitation on Deduction for Dividends Received from Certain Foreign Corporations and Amounts Eligible for Section 954 Look-Through Exception; Correcting Amendment, 84 Fed. Reg. 38,866 (Aug. 8, 2019) .......................................................... 191
    Federal Register Print: T.D. 9865, Limitation on Deduction for Dividends Received from Certain Foreign Corporations and Amounts Eligible for Section 954 Look-Through Exception; Correction, 84 Fed. Reg. 38,866 - 38,867 (Aug. 8, 2019) (to be codified at 26 C.F.R. § 1.245A-5T) .......................................................................................... 191
    Green Circulation Email ..................................................................................... 1
    Internal Revenue Submission Request (Form 14712) ....................................... 116
    Pink Clearance Routing Slip and Clearance Sheet .............................................. 2
    Plain Language Summary ................................................................................ 108
    RIN Documentation .......................................................................................... 114
    REG-106282-18, Limitation on Deduction for Dividends Received from Certain Foreign Corporations and Amounts Eligible for Section 954 Look-Through Exception, 84 Fed. Reg. 28,426 – 28,427 (June 18, 2019) .................................................................................... 1,198
    Regulation Draft sent for OIRA Review ........................................................ 2,136
    Regulatory Flexibility Act Checklist ............................................................... 112
    Signed Regulations ............................................................................................. 3

***Cases:***
    *Am. Fed'n of Gov't Emp., AFL-CIO v. Block*, 655 F.2d 1153 (D.C. Cir. 1981) ............................................................................................... 978
    *Asiana Airlines v. F.A.A.*, 134 F.3d 393 (D.C. Cir. 1998) ............................. 1,089
    *Beecher v. Comm'r*, 481 F.3d 717 (9th Cir. 2007) ........................................... 549
    *Chamber of Commerce of U.S. v. I.R.S*, 120 A.F.T.R.2d 2017-5967 (W.D. Tex. 2017) ...................................................................................... 1,126
    *Chevron, U.S.A., Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984) ............................................................................................. 556
    *Chrysler Corp. v. United States*, 592 F.3d 1330 (Fed. Cir. 2010) ................... 573
    *Council of S. Mountains, Inc. v. Donovan*, 653 F.2d 573 (D.C. Cir. 1981) ......... 984
    *Fransen v. United States*, 191 F.3d 599 (5th Cir. 1999) ................................... 744
    *I.N.S. v. Cardoza-Fonseca*, 480 U.S. 421 (1987) ............................................ 748
    *King v. Burwell*, 576 U.S. 473 (2015) .......................................................... 1,175

*Krukowski v. Comm'r*, 279 F.3d 547 (7th Cir. 2002) ........................................788
*Mack Trucks, Inc. v. E.P.A.*, 682 F.3d 87 (D.C. Cir. 2012) .............................1,099
*Mayo Found. v. United States*, 562 U.S. 44 (2011) .............................................794
*Methodist Hosp. of Sacramento v. Shalala*, 38 F.3d 1225 (D.C. Cir. 1994) .......995
*Michigan v. E.P.A.*, 576 U.S. 743 (2015) ............................................................805
*Mid-Tex Elec. Coop. v. Fed. Energy Regulatory Comm'n*, 822 F.2d 1123
 (D.C. Cir. 1987) ......................................................................................1,107
*Mobil Oil Corp. v. Dep't of Energy*, 728 F.2d 1477 (Temp. Emer. Ct. App.
 1983) .......................................................................................................1,008
*Motor Vehicle Mfrs. Assoc. v. State Farm Mutual Auto. Ins. Co.*, 463 U.S.
 29 (1983) .................................................................................................1,134
*Mourning v. Family Publications Serv., Inc.*, 411 U.S. 356 (1973) ....................828
*Nat'l Fed'n of Fed. Emp. v. Devine*, 671 F.2d 607 (D.C. Cir. 1982) ...............1,118
*N.L.R.B. v. United Food and Commercial Workers Union, Local 23, AFL-
 CIO*, 484 U.S. 112 (1987) ..........................................................................855
*Nat'l Women, Infants, and Children Grocers Ass'n v. Food and Nutrition
 Serv.*, 416 F.Supp.2d 92 (D. D.C. 2006) ................................................1,031
*NationsBank of N. Carolina, N.A. v. Variable Annuity Life Ins. Co.*, 513
 U.S. 251 (1995) ..........................................................................................847
*N. Mariana Islands v. United States*, 686 F.Supp.2d 7 (D. D.C. 2009) ...............946
*Omnipoint Corp. v. F.C.C.*, 78 F.3d 620 (D.C. Cir. 1996) ...............................1,046
*Petry v. Block*, 737 F.2d 1193 (D.C. Cir. 1984) ..................................................959
*Sidell v. Comm'r*, 225 F.3d 103 (1st Cir. 2000)...................................................869
*Sullivan v. Everhart*, 494 U.S. 83 (1990).............................................................879
*Thomas Int'l, Ltd. v. United States*, 773 F.2d 300 (Fed. Cir. 1985) ....................892
*United States v. City of Fulton*, 475 U.S. 657 (1986) ..........................................899
*United States v. Mead Corp.*, 533 U.S. 218 (2001) ..........................................1,152
*United States v. Riverside Bayview Homes, Inc.*, 474 U.S. 121 (1985)...............907
*Universal Health Servs. Of McAllen, Inc. v. Sullivan*, 770 F.Supp. 704 (D.
 D.C. 1991)...............................................................................................1,065
*Util. Solid Waste Activities Group v. E.P.A.*, 236 F.3d 749 (D.C. Cir.
 2001) ..........................................................................................................971
*Valiant Steel & Equipment, Inc. v. Goldschmidt*, 499 F.Supp. 410 (D. D.C.
 1980) .......................................................................................................1,083
*W. Nat'l Mut. Ins. Co. v. Comm'r*, 102 T.C. 338 (1994) ....................................920

***Statutes, Legislative, Regulations, and Executive Materials:***
 2 U.S.C. § 1532......................................................................................................317
 5 U.S.C. § 553........................................................................................................246
 Consolidated Appropriations Act, 2018; Tax Technical Corrections, H.R.
 1625, 115th Cong.:....................................................................................733
  Staff of the Joint Comm. On Taxation, 115th Cong., *Technical
   Explanation of the House Ways and Means Committee
   Chairman's Discussion Draft of the "Tax Technical and
   Clerical Corrections Act,"* (Comm. Prt. 2019) (JCX-1-19) ........738

Deficit Reduction Act of 1984, Pub. L. No. 98-369, 98 Stat. 494 (Tax
    Reform Act of 1984, Pub. L. No. 98-369, 98 Stat. 494):..........................638
    H.R. Rep. No. 98-432, pt. 2 (1984), *reprinted in* 1984
        U.S.C.C.A.N. 697 ..................................................................................582
    Staff of the Senate Comm. on Finance, 98th Cong., Explanation of
        the Provisions, Approved by the Committee on March 21,
        1984 (Comm. Print. 1984) (S. Prt. 98-169, vols. I and II) ..........602
    H.R. Conf. Rep. No. 98-861 (1984), reprinted in 1984-3 C.B.
        (vol. 2) 1 and 1984 U.S.C.C.A.N. 1445......................................629
    Staff of the Joint Comm. on Taxation, 98th Cong., General
        Explanation of the Revenue Provisions of the Deficit
        Reduction Act of 1984 (Comm. Print 1984)...............................644
Executive Orders:
    No. 12,866, 58 Fed. Reg. 51,735 (1993)...............................................1,200
    No. 13,132, 64 Fed. Reg. 43,255 (1999)...............................................1,210
    No. 13,563, 76 Fed. Reg. 3,821 (2011).................................................1,213
Internal Revenue Code of 1986 (26 U.S.C.):
    § 243..........................................................................................................774
    § 245A ......................................................................................................193
    § 246 .........................................................................................................196
    § 250 .........................................................................................................201
    § 267 .........................................................................................................206
    § 318 .........................................................................................................777
    § 332 .........................................................................................................214
    § 355..........................................................................................................217
    § 356 .........................................................................................................231
    § 367 .........................................................................................................504
    § 368 .........................................................................................................234
    § 381 .........................................................................................................240
    § 704 .........................................................................................................248
    § 707 .........................................................................................................252
    § 882 .........................................................................................................255
    § 951 .........................................................................................................463
    § 951A .....................................................................................................258
    § 952 .........................................................................................................263
    § 954 .........................................................................................................268
    § 957 .........................................................................................................283
    § 958 .........................................................................................................285
    § 959 .........................................................................................................287
    § 961 .........................................................................................................290
    § 964 .........................................................................................................292
    § 965 .........................................................................................................296
    § 1059 .......................................................................................................781
    § 1248 .......................................................................................................311

§ 6038 ...............................................................................................336
§ 7701 ...............................................................................................341
§ 7805 ...............................................................................................368
Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L.
No. 105-206, 112 Stat. 685:......................................................................719
S. Rep. No. 105-174 (1998), reprinted in 1998-3 C.B. 537......................706
H.R. Conf. Rep. No. 105-599 (1998), reprinted in 1998-3 C.B. 747
and 1998 U.S.C.C.A.N. 288..........................................................714
Staff of the Joint Comm. on Taxation, 105th Cong., General
Explanation of Tax Legislation Enacted in 1998 (Comm.
Print 1998) (JCS-6-98), reprinted in 1998-4 C.B. 543 ................724
IRS Notice 2007-9, 2007-1 C.B. 401...................................................................452
Revenue Act of 1962, Pub. L. No. 87-834, 76 Stat. 960: .....................................458
H.R. Rep. No. 87-1447 (1962), reprinted in 1962-3 C.B. 405  ...............450
Tax Cuts and Jobs Act of 2017, An Act to provide for reconciliation
pursuant to titles II and V of the concurrent resolution on the
budget for fiscal year 2018, Pub. L. No. 115-97, 131 Stat. 2054:
H.R. Rep. No. 115-409, at 343 - 412 (2017) ........................................1,737
H.R. Conf. Rep. No. 115-466, at 595 - 675 (2017) ...............................1,903
S. Prt. 115-20, S. Comm. on the Budget, 115th Cong.,
Reconciliation Recommendations Pursuant to H. Con. Res.
71, at 317 - 395 (Comm. Prt. 2017) ...........................................1,823
Staff of the Joint Comm. on Taxation, 115th Cong., *General
Explanation of Public Law 115-97*, at 322 - 432 (Comm.
Prt. 2018) (JCS-1-18)..................................................................1,999
Tax Increase Prevention and Reconciliation Act of 2005, Pub. L. 109-222,
120 Stat. 345:
H.R. Rep. No. 109-304, at 45 (2005)......................................................449
Technical Corrections Act of 1987:
Staff of the Joint Comm. on Taxation, 100th Cong., *Description of
the Technical Corrections Act of 1987* (Comm. Prt. 1987)
(JCS-15-87)...................................................................................667
Technical and Miscellaneous Revenue Act of 1988, Pub. L. No. 100-647,
102 Stat. 3342 (Omnibus Taxpayer Bill of Rights, Pub. L. No. 100-
647, 102 Stat. 3342, 3730):...................................................................702
H.R. Rep. No. 100-795 (1988)................................................................675
S. Rep. No. 100-445 (1988), *reprinted in* 1988 U.S.C.C.A.N. 4515.......685
H.R. Conf. Rep. No. 100-1104 (1988), *reprinted in* 1988-3
C.B. 473 and 1988 U.S.C.C.A.N. 5048 ........................................696
Treas. Prop. Rules Regarding Certain Hybrid Arrangements, Fed. Reg.
67612 (Dec. 28, 2018) (containing prop. Treas. Reg. §§ 1.245A(e)-
1, 1.267A-1, 1.267A-2, 1.267A-3, 1.267A-4, 1.267A-5, 1.267A-6,
1.267A-7, 1.1503(d)-1, 1.1503(d)-3, 1.1503(d)-6, 1.1503(d)-7,
1.1503(d)-8, 1.6038-2, 1.6038-3, 1.6038A-2, 301.7701-3).....................509

Treasury Regulations (26 C.F.R.):
    § 1.245A-5T ..................................................................................... 141
    § 1.367(b)-4 ..................................................................................... 465
    § 1.701-2 ......................................................................................... 371
    § 1.951-1 ................................................................................. 383, 479
    § 1.951A-1 ...................................................................................... 319
    § 1.951A-2 ...................................................................................... 329
    § 1.952-2 ......................................................................................... 396
    § 1.964-1 ......................................................................................... 400
    § 1.1248-8 ....................................................................................... 408
    § 1.1502-1 ....................................................................................... 419
    § 1.1502-76 ..................................................................................... 423
    § 1.1502-77 ..................................................................................... 434
    § 1.7701(l)-4 ................................................................................... 492

*Miscellaneous*

Michael Asimow, *Public Participation in the Adoption of Temporary Tax Regulations*, 44 Tax Law. 343 (Winter 1991) ..................................... 1,633

Jared P. Cole, Cong. Research Serv., *The Good Cause Exception to Notice and Comment Rulemaking: Judicial Review of Agency Action* (2016) ............................................................................................. 1,712

Jasper L. Cummings, Jr., *The Foreign Dividends Received Deduction*, 158 Tax Notes 1487 (Mar. 12, 2018) ........................................................... 1,272

Dep't of the Treasury, *Policy Statement on the Tax Regulatory Process*, https://home.treasury.gov/system/files/131/Policy-Statement-on-the-Tax-Regulatory-Process.pdf (Mar. 5, 2019) ..................................... 109

James P. Fuller & Larissa Neumann, *Special Reports: U.S. Tax Review*, Tax Notes International (Jan. 1, 2018) ................................................ 1,361

Corey Goodman & Meyer Fedida, TCJA Technical Glitches, Minority Investments in Foreign Corps., Letter to the Editor, 157 Tax Notes 1169 (Nov. 20, 2017) .......................................................................... 1,358

Paul C. Nylen, *Tax-Efficient Repatriation in a Post-TCJA Environment*, Tax Notes International (Oct 22, 2018) ............................................... 1,355

Memorandum of Agreement – The Department of the Treasury and the Office of Management and Budget Review of Tax Regulations under Executive Order 12866 ............................................................ 1,734

Presentation, *Ch-ch-ch-Changes: Internal Restructurings After the "Tax Cuts and Jobs Act,"* American Bar Association, Section of Taxation, May Meeting (May 2018) ...................................................... 1,290

Presentation, *The Consequences of a Blended Territorial and Worldwide Regime*, Univ. of Chi. Law School Federal Tax Conf. (Nov. 9, 2018) ................................................................................................ 1,661

Presentation, *How the TCJA Changes the M&A Playbook: Part I – Transactions with Third Parties*, American Bar Association, Section of Taxation, May Meeting (May 12, 2018) ............................ 1,321

Presentation, *Relearning Corporate Transactions*, New York State Bar
    Assoc. Tax Section Summer Meeting (June 24, 2018) .......................... 1,597
Presentation, *Repatriation of Foreign Earnings:  Real or Imagined,*
    *Voluntary or Otherwise*, American Bar Association, Section of
    Taxation, Fall Meeting (Oct. 5, 2018) .................................................. 1,493
*Report on the GILTI Provisions of the Code*, Rep. No. 1394, New York
    State Bar Assoc. Tax Section (May 4, 2018) ........................................ 1,374
*Report on Section 245A*, Rep. No. 1404, New York State Bar Assoc. Tax
    Section (October 25, 2018) .................................................................. 1,218