# EXHIBIT 3



**Department of the Treasury**
**Internal Revenue Service**
**Large Business & International**

Liberty Global, Inc. & Subsidiaries
ATTN:  Marianne Deda
Director, U.S. Tax Compliance & Controversy
1550 Wewatta St., Suite 1000
Denver, CO 80202

**Date:**
November 19, 2020

**Social Security Number (last 4 digits):**
n/a

**Taxpayer ID number:**
7033

**Form:**
1120

**Tax periods:**
December 31, 2018

**IDR number:**
CBA IDR #1 - #4

**IDR date of issue:**
9/8/2020

**IDR due date:**
10/30/2020

**Person to contact:**
Kristina Rhee
Employee ID number: 1003824426
Telephone: (303) 603-3813

## Delinquency Notice

Dear Ms. Deda:

We sent you the enclosed Form 4564, *Information Document Request (IDR),* and you haven't provided us with all of the information we requested by the response date. This letter informs you that your response is delinquent. If you do not fully respond to the IDR by November 27, 2020, you will receive a pre-summons letter.

Send all of the information and documents we requested no later than November 27, 2020. The enclosed IDR shows the information we still haven't received.

If you have questions, please call the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

*Richard E. Arney*   Digitally signed by THCNB
Date: 2020.11.18 14:25:52 -06'00'

Richard Arney
Cross Border Activities
Program Manager

Enclosure:
Form 4564 CBA #1 - #4

**Letter 5077 (Rev. 2-2016)**
Catalog Number 60771S