# EXHIBIT 4

| Revenue Act | Section | Citation | Statute Text |
|---|---|---|---|
| Revenue Act of 1926 | § 274(a) | Revenue Act of 1926, Pub. Law No. 69-20 / Chapter 27, 69 Congress, § 274(a), 44 Stat. 9, 55 (1926). | If in the case of any taxpayer, the Commissioner determines that there is a deficiency in respect of the tax imposed by this title, the Commissioner is authorized to send notice of such deficiency to the taxpayer by registered mail. Within 60 days after such notice is mailed (not counting Sunday as the sixtieth day) the taxpayer may file a petition with the Board of Tax Appeals for a redetermination of the deficiency. Except as otherwise provided in subdivision (d) or (f) of this section or in section 279, 282, or 1001, no assessment of a deficiency in respect of the tax imposed by this title and no distraint or proceeding in court for its collection shall be made, begun, or prosecuted until such notice has been mailed to the taxpayer, nor until the expiration of such 60-day period, nor, if a petition has been filed with the Board, until the decision of the Board has become final… |
| Revenue Act of 1926 | § 277(a) | Revenue Act of 1926, Pub. Law No. 69-20 / Chapter 27, 69 Congress, § 277(a), 44 Stat. 9, 58 (1926). | Except as provided in section 278—(1) The amount of income taxes imposed by this Act shall be assessed within three years after the return was filed, and no proceeding in court without assessment for the collection of such taxes shall be begun after the expiration of such period. |
| Revenue Act of 1926 | § 280(a) | Revenue Act of 1926, Pub. Law No. 69-20 / Chapter 27, 69 Congress, § 280(a), 44 Stat. 9, 61 (1926). | The amounts of the following liabilities shall, except as hereinafter in this section provided, be assessed, collected, and paid in the same manner and subject to the same provisions and limitations as in the case of a deficiency in a tax imposed by this title (including the provisions in case of delinquency in payment after notice and demand, the provisions authorizing distraint and proceedings in court for collection, and the provisions prohibiting claims and suits for refunds): |

| | | | |
|---|---|---|---|
| | | | (1) the liability, at law or in equity, of a transferee of property of a taxpayer, in respect of the tax (including interest, additional amounts, and additions to the tax provided by law) imposed upon the taxpayer by this title or by an prior income, excess-profits, or war-profits tax Act.<br>(2) The liability of a fiduciary under section 3467 of the Revised Statutes in respect of the payment of any such tax from the estate of the taxpayer. Any such liability may be either as to the amount of tax shown on the return or as to any deficiency in tax. |
| Revenue Act of 1926 | § 1122(b) | Revenue Act of 1926, Pub. Law No.<br>69-20 / Chapter 27, 69 Congress, § 1122(b), 44 Stat. 9, 121 (1926). | The district courts of the United States at the instance of the United States are hereby invested with such jurisdiction to make and issue, both in actions at law and suits in equity, writs and orders of injunction, and of ne exeat republica, orders appointing receivers, and such other orders and process, and to render such judgments and decrees, granting in proper cases both legal and equitable relief together, as may be necessary or appropriate for the enforcement of the provisions of this Act. The remedies hereby provided are in addition to and not exclusive of any and all other remedies of the United States in such courts or otherwise to enforce such provisions. |
| Revenue Act of 1924 | § 277(a)(1) | Revenue Act of 1924, Pub. Law No. 68-176, Chapter 234, 68 Congress, § 277(a)(1), 43 Stat. 253, 299 (1924) | The amount of income, excess-profits, and war-profits taxes imposed by the Revenue Act of 1921, and by such Act as amended, for the taxable year 1921 and succeeding taxable years, and the amount of income taxes imposed by this Act, shall be assessed within four years after the return was filed, and no proceeding in court for the collection of such taxes shall be begun after the expiration of such period. |

| Revenue Act of 1924 | § 278(d) | Revenue Act of 1924, Pub. Law No. 68-176, Chapter 234, 68 Congress, § 277(a)(1), 43 Stat. 253, 300 (1924) | where the assessment of the tax is made within the period prescribed in section 277 or in this section, such tax may be collected by distraint or by a proceeding in court, begun within six years after the assessment of the tax. Nothing in this Act shall be construed as preventing the beginning, without assessment, of a proceeding in court for the collection of the tax at any time before the expiration of the period within which an assessment may be made. |
|---|---|---|---|
| Revenue Act of 1918 | § 250(d) | Revenue Act of 1918, Pub. Law No. 65-254, Chapter 18, 65 Congress § 250(d), 40 Stat. 1057, 1083 (1918) | Except in the case of false or fraudulent returns with intent to evade the tax, the amount of tax due under any return shall be determined and assessed by the Commissioner within five years after the return was due or was made, and no suit or proceeding for the collection of any tax shall be begun after the expiration of five years after the date when the return was due or made. In the case of such false or fraudulent returns, the amount of tax due may be determined at any time after the return is filed, and the tax may be collected at any time after it becomes due. |