# EXHIBIT 7

83d Congress ⎰           HOUSE OF REPRESENTATIVES ⎱           Report
*2d Session* ⎱                                              ⎰           No. 2543

# INTERNAL REVENUE CODE OF 1954

----

July 26, 1954.—Ordered to be printed

----

Mr. Reed of New York, from the committee of conference, submitted the following

## CONFERENCE REPORT

[To accompany H. R. 8300]

The committee of conference on the disagreeing votes of the two Houses on the amendments of the Senate to the bill (H. R. 8300) to revise the internal revenue laws of the United States, having met after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the Senate recede from its amendments numbered 7, 10a, 12 (4), 41a, 41b, 57a, 67a, 74a, 110a, 129a, 141a, 154, 155, 178, 179, 180, 185a, 220a, 271b, 273a, 281a, 413a, 485a, 486 (1), 486 (2), 486 (3), 494, and 551.

That the House recede from its disagreement to the amendments of the Senate numbered 1 (1), 1 (2), 2 (1), 4, 5, 6, 8, 9, 11, 12 (1), 12 (2), 12 (3), 12 (5), 13, 14, 15, 16, 17 (2), 18, 19, 20, 21, 22, 23 (1), 23 (2), 23 (4), 24, 25, 26, 27, 28, 29, 31, 33, 34, 34a, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 47, 48, 49, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 61a, 62, 63, 64, 65, 66, 67, 67b, 68 (1), 68 (4), 69, 70, 71, 72, 73 (2), 74, 75, 76, 76a, 77, 78, 80, 81, 84, 85 (1), 86, 87, 88, 89, 90, 91, 92, 93 (2), 94, 95, 96 (1), 97, 98, 100, 102 (2), 102a, 103, 105, 105a, 106, 107, 108, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 156 (1), 156 (2), 157, 158, 159, 160, 161, 162, 163 (1), 163 (3), 163 (4), 164, 165 (1), 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 181, 182, 183, 184, 185, 186 (2), 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220 (1), 220 (2), 220 (3), 220 (4), 221, 222, 223, 224, 225, 226, 227 (2), 228, 229, 230, 231, 232, 232a, 232b, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 244, 245, 247, 248, 249, 250, 251, 252, 253, 253a, 254, 255, 256, 257, 260, 261, 262, 264, 265, 266, 267, 268, 269, 270, 271, 272,

273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 301a, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 379a, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 406a, 407, 408, 409, 410, 411, 412, 413, 414, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 466a, 467, 468, 469, 470, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486 (4), 487, 488, 489, 490, 491, 492, 493, 495, 496, 497, 498, 498a, 499, 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 526, 527, 528, 529, 530, 531, 532, 533, 534, 535, 536, 537, 538, 539, 540, 541, 542, 543, 544, 545 (1), 545 (3), 545 (4), 546, 547, 548, 549, 550, and 553, and agree to the same.

Amendment numbered 1 (3):

That the House recede from its disagreement to the amendment of the Senate numbered 1 (3), and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment insert the following:

SUBCHAPTER R. *Election of certain partnerships and proprietorships as to taxable status.*

And the Senate agree to the same.

Amendment numbered 1 (4):

That the House recede from its disagreement to the amendment of the Senate numbered 1 (4), and agree to the same with an amendment as follows:

Strike out the matter proposed to be stricken out by the Senate amendment and insert the following: *or return of surviving spouse;* and the Senate agree to the same.

Amendment numbered 2 (2):

That the House recede from its disagreement to the amendment of the Senate numbered 2 (2), and agree to the same with an amendment as follows:

On page 3 of the Senate engrossed amendments, strike out line 1 and all that follows through line 11 on page 4, and insert the following:

(2) *DEFINITION OF HEAD OF HOUSEHOLD.—For purposes of this subtitle, an individual shall be considered a head of a household if, and only if, such individual is not married at the close of his taxable year, is not a surviving spouse (as defined in section 2 (b)), and either—*

(A) *maintains as his home a household which constitutes for such taxable year the principal place of abode, as a member of such household, of—*

82          INTERNAL REVENUE CODE OF 1954

Court and, if such petition is filed, until the decision of the Tax Court becomes final.   The provision does not apply if the taxpayer consents to the sale, or if the Secretary or his delegate determines that the expenses of conservation and maintenance of the property seized will greatly reduce the proceeds, or if the property is perishable goods as defined in section 6336 of the House bill.   The House recedes.

Amendment No. 505 (2): Section 6901 (d) (1) of the House bill provided that, if a transferee or fiduciary agreed to an extension of the period for assessment, the period for filing claim for credit or refund of tax paid by him is also extended for the period of the agreement and 6 months thereafter.   The Senate amendment provides that, where the statute of limitations is extended for an overpayment made by the transferee or fiduciary, it will be extended for a like period with respect to an overpayment made by the transferor in those cases where the transferee or fiduciary is legally entitled to credit or refund of such overpayment.   The House recedes.

Amendments Nos. 506 and 507: These amendments eliminate the provisions of the House bill which would change existing law by treating a willful failure to make a tax return as a felony rather than a misdemeanor.   Under the amendments, as under existing law, a willful attempt in any manner to evade or defeat tax or the payment thereof will be treated as a felony and the willful failure to file a tax return will be treated as a misdemeanor.   The House recedes.

Amendment No. 508: The Senate amendment reduces the punishment imposed for offenses under section 7206, relating to fraud and false statements, from a fine of not more than $10,000 or imprisonment for not more than 5 years, or both, as contained in the House bill, to a fine of not more than $5,000, or imprisonment of not more than 3 years, or both.   The House recedes.

Amendment No. 510: This amendment to section 7212 of the House bill defines threats of force as meaning threats of bodily harm to the officer or employee of the United States or to a member of his family, and provides that if an offense is committed only by threats of force it is to be punishable by a fine of not more than $3,000, or imprisonment for not more than 1 year, or both.   The House recedes.

Amendment No. 511: This amendment to section 7232 of the House bill reduces the maximum fine for failure to register or give bond, or for making false statement, by a manufacturer or producer of gasoline or lubricating oil from $10,000 to $5,000, which corresponds to the maximum fine imposed under existing law.   The House recedes.

Amendment No. 515: The House bill contained a specific provision that the assessment of the tax upon which the lien of the United States is based shall be conclusively presumed to be valid for purposes of adjudication in an action to enforce the lien of the United States or to subject property of the delinquent to the payment of the tax. The Senate amendment eliminated this provision, thereby restoring existing law.   The elimination of this provision is not designed to change the effect under existing law given to the assessment in such an adjudication.   The House recedes.

Amendment No. 518: Section 7422 (e) of the House bill provided for a stay of proceedings in cases where there is concurrent jurisdiction in a district court (or the Court of Claims) and in the Tax Court of the same case.   The Senate amendment provides that such a stay shall not apply to a suit by a taxpayer which, prior to date of enact-

ment of the 1954 Code, is commenced, instituted, or pending in a district court or the Court of Claims for recovery of any income tax, estate tax, or gift tax (including penalties).   The House recedes.

Amendment No. 521: This amendment deletes the provision of the House bill (also contained in existing law) which required the Secretary or his delegate to provide the Tax Court with suitable rooms in courthouses or other buildings when necessary for hearings by the Tax Court outside the District of Columbia.   The House recedes.

Amendment No. 524: This amendment provides that if a retired judge of the Tax Court is recalled to duty he will receive, during his period of duty, the same compensation as is then being paid to other judges of the Tax Court but will not receive retirement pay for such period.   The House recedes.

Amendment No. 526: The Senate amendment provides that the clerk of the Tax Court or his deputies may administer oaths without designation in writing by the chief judge.   The House recedes.

Amendment No. 528: The House bill provided that, if one party to a proceeding in the Tax Court files a petition for review, an additional month to file a petition for review will be available to the adverse party to the proceeding.   The Senate amendment extends this provision to any party to the proceeding, whether or not such party is an adverse party.   The House recedes.

Amendment No. 530: Section 7494 of the House bill provided specific rules for determining venue in criminal prosecutions for offenses under the internal revenue laws.   The House bill provided, among other things, that tax would be deemed to have been paid (and a return filed) in the judicial district where a taxpayer resides if the mails were used, or at the office of the internal revenue officer if delivered in any other manner.   The Senate amendment strikes out this section of the House bill.   The House recedes.

Amendment No. 535: The Senate amendment restores the provisions of existing law which exempt consular officers and employees of foreign states from payment of internal-revenue taxes on imported articles.   The House bill contained no similar provisions.   The House recedes.

Amendment No. 537: This amendment to section 7621 of the House bill restores the prohibition contained in existing law that parts of two different States may not be combined into one internal-revenue district.   The House recedes.

Amendment No. 541: The Senate amendment to section 7701 (a) (20) of the House bill, relating to definitions, extends the application of the term "employee" as it relates to certain full-time life-insurance salesmen, to include those sections of the income tax laws which relate to accident and health insurance, or accident and health plans, or to employees' death benefits.   The House recedes.

Amendment No. 545 (1): The House bill provided that chapter 3 of the House bill (relating to withholding of tax on nonresident aliens, foreign corporations, and tax-free covenant bonds), and chapter 5 of the House bill (relating to transfers to avoid income tax), applied to payments and transfers occurring after the date of enactment of the bill.   The Senate amendment makes these provisions applicable to payments and transfers occurring after December 31, 1954.   The House recedes.