# EXHIBIT 1

**COUNTRY DIGEST**

© 2018 Tax Analysts. All rights reserved. Tax Analysts does not claim copyright in any public domain or third party content.

Even the BEAT, which reflects the same dissatisfaction with transfer pricing and the arm's-length principle as do the diverted profits taxes in the United Kingdom and Australia, has "concentrated minds on the importance of working together to come up with some agreed inbound base erosion regime that would be consistently applied by different countries while avoiding double taxation," Harter said. ∎

**ABA MEETING**

## U.S. Antiabuse Rules, Imperfect International Tax Regs Coming

### by Emily L. Foster

The U.S. Treasury intends to build out the architecture of international tax provisions with proposed regulations by the end of the year and to resolve gaps and complexities in the final rules by June 2019.

Because of the deadlines for guidance on the international tax regime introduced by the Tax Cuts and Jobs Act (P.L. 115-97), "the proposed regulations will be neither perfect nor comprehensive," Lafayette G. "Chip" Harter III, Treasury deputy assistant secretary for international tax affairs, said October 6.

Harter, the keynote speaker at the luncheon and plenary session of the American Bar Association Section of Taxation meeting in Atlanta, said developing guidance will be an interactive process allowing for comments that play a vital role in improving the regulations and making them more complete. "We will not be able to address all of the details and all of the special situations" in the proposed rules, he added.

In drafting proposed regulations, "we have erred on the side of trying to fully build out the regimes to reflect the logic of the statute," Harter explained. While that approach might come at the cost of complexity, Treasury and the IRS will explore ways to simplify the rules in preparing final regulations, and welcome comments on where and how to reduce complexities, he said.

Harter said four proposed regulatory packages are expected to be cleared through the Office of Management and Budget in November: foreign tax credit revisions, the base erosion and antiabuse tax, the section 163(j) business interest limitation, and the anti-hybrid rules.

"I am confident that we can get out [final] regulations of all of those major packages within 18 months of the enactment of the TCJA," Harter said.

### Antiabuse Rules Coming

Other guidance will include antiabuse rules to prevent large-scale earnings stripping that Congress never intended, Harter said.

For more *Tax Notes International* content, please visit www.taxnotes.com.

© 2018 Tax Analysts. All rights reserved. Tax Analysts does not claim copyright in any public domain or third party content.

Taxpayers may attempt to exploit some potential gaps in the structure of the global intangible low-taxed income and subpart F regimes to permanently avoid U.S. tax on significant amounts of their controlled foreign corporations' earnings, Harter said. In those situations, it wouldn't be appropriate to provide territorial treatment, he added.

While the Joint Committee on Taxation staff is drafting technical corrections to address these issues, Treasury and the IRS are considering section 245A regulations to backstop those regimes, Harter said.

Section 245A provides a 100 percent dividends received deduction for the foreign-source portion of dividends paid to U.S. corporate shareholders owning 10 percent or more of the foreign payer corporation for longer than a year.

"We believe that it is appropriate for section 245A to give territorial treatment only for CFC earnings that are not attributable to tested income appropriately taxed under the GILTI regime and not attributable to subpart F income appropriately taxed under that regime," Harter explained.

Harter said Treasury and the IRS are considering "antiabuse rules that would deny the section 245A deduction for distribution of earnings to the extent the earnings avoid the tax to the U.S. shareholder as the result of extraordinary transactions that trigger earnings and profits in the year that the stock of the relevant CFC is sold."

Proposed section 245A regulations are expected to be issued this year, with final rules available by June 2019 as taxpayers are preparing their 2018 tax returns, Harter said.

### FDII Not 'Harmful Tax Practice'

Harter also spoke about the status of global discussions on whether the TCJA's foreign-derived intangible income (FDII) statute constitutes a harmful tax practice, such as one that creates specific tax incentives for businesses to locate operations in one jurisdiction versus another.

At the OECD's Forum on Harmful Tax Practices later this month, the United States will contend that "FDII, in combination with GILTI, is designed to create tax neutrality in the choice of whether to conduct foreign activities through a CFC or directly from a domestic corporation" and therefore is not a harmful tax practice, Harter said.

That meeting follows the forum's April meeting during which the United States discussed its legislation after some EU and non-EU countries had flagged several aspects of the U.S. international tax provisions that may be harmful tax practices.

The OECD is not expected to reach any decisions this year, as discussions will continue over a series of meetings, Harter said.

### OECD's Digital Services Solution Promising

The OECD is developing long-term solutions for the international tax system that "are showing real promise," according to Harter.

A comprehensive package will likely include a minimum tax regime and inbound anti-base-erosion rules that broadly apply across industries, obviating the need for special rules targeted at digital businesses, he said.

But while the OECD negotiations are underway, "the EU is deciding whether to adopt a digital services tax," which the United States opposes, Harter said.

"As an excise tax on gross revenues, it is bad tax policy," and as drafted it would raise most of its revenue from U.S.-based multinationals and therefore is "highly discriminatory," according to Harter.

"We therefore urge the EU not to adopt the digital services tax and [to] allow the OECD to continue its work towards a comprehensive, long-term solution to these issues which addresses the broader range of challenges facing the international tax system rather than unfairly harming a single industry," Harter said. ∎

*TAX NOTES INTERNATIONAL*, OCTOBER 15, 2018                                                      337

For more *Tax Notes International* content, please visit www.taxnotes.com.