IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## DECLARATION OF REVENUE AGENT KRISTINA RHEE

Kristina Rhee, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a revenue agent with the Cross Border Activities section of the Large Business & International Division of the Internal Revenue Service in Denver, Colorado. I am assigned to the IRS's examination team of the 2018 federal income tax returns of Liberty Global, Inc. ("LGI").

2. The Department of Treasury issued Treasury Decision 9865 on June 18, 2019. T.D. 9865 contained temporary regulations, including Treas. Reg. § 1.245A-5T. The regulations addressed transactions described as "extraordinary reduction" and "extraordinary disposition" transactions. LGI's transactions at issue here fall within the "extraordinary reduction" category of transaction addressed by the Treasury Decision.

3. LGI's 2018 federal income tax return (Form 1120) was timely filed, on extension, on October 11, 2019. As permitted by Treas. Reg. § 1.245A-5T, LGI elected to close, as of

December 28, 2018, the taxable year of Telenet Group Holding, a controlled foreign corporation for the purposes of U.S. tax laws. LGI Slovakia, a U.S. corporation, and part of LGI's consolidated tax group, owned approximately 83 percent of Liberty Global Broadband I Ltd., a U.K. corporation, which, in turn, owned United GlobalCom LLC, a U.S. entity, which in turn owned Liberty Global Broadband II Ltd., a U.K. corporation, which in turn owned Binan Investments BV, a Netherlands corporation, which in turn owned approximately 57 percent of Telenet Group Holding, a Belgium corporation. One of the documents that LGI produced to the IRS during the audit illustrates this structure. *See* Doc. 29-1 at 3.

4.  On December 23, 2019, LGI amended its income tax return (Form 1120X) wherein it took the position that the regulations in T.D. 9865 were invalid.

5.  The following chart summarizes key differences between LGI's original and amended returns:

| Item | Original Return | Amended Return | Difference Increase/(Decrease) |
| --- | --- | --- | --- |
| GILTI Inclusion | $ 1,932,194,233 | - | ($1,932,194,233) |
| Subpart F income | 360,625,014 | 2,418,531,039 | 2,057,906,025 |
| § 245A dividends received deduction | 360,625,014 | 2,418,531,039 | 2,057,906,025 |
| Taxable Income | 1,331,619,109 | 629,929,511 | (701,689,598) |
| Tax | 228,042,233 | 132,258,996 | (95,783,237) |

6.  The IRS did not complete its examination on whether LGI properly characterized its transfer of Binan Investments BV (through Liberty Global Broadband II Ltd.) to Liberty Global plc, LGI's UK parent, as a gain that can be treated as a deemed dividend under the

relevant tax rules. LGI filed its lawsuit without having fully answered the IRS exam team's Information Document Requests. One component of this determination is whether the LGI group had sufficient "earnings and profits" (E&P) to be eligible for its claimed $2.4 billion dividends received deduction. As for earnings from business operations, Telenet Group Holding reported net book income of €205 million on its tax return (2018 Form 5471, Schedule C, line 22), which was far short of $2.4 billion. But Telenet Group Holding reported an E&P adjustment totaling €4.053 billion labeled as "Gain on sale of assets" and "Gain/loss on sale of stock." The IRS has not been able to verify this €4.053 billion E&P adjustment during its examination.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
KRISTINA RHEE
Revenue Agent