**From:** Penne, Shawn
**Sent:** Wednesday, January 16, 2019 4:59 PM
**To:** Dillamore, Michael
**CC:** Cozac, Ioan
**Subject:** RE: Soy\Tofu fee estimates for 2018.

Hi Michael - Right now, don't expect additional fees for either from the tax side as should be fully accrued. There is a discussion with Deloitte next week to review everything, and would suspect if any issues will come up in this meeting (and can let you know if any risks here).

As such, don't think right now would consider a risk. Just to confirm, this is on the tax side and should have costs from these coming from 1) some additional KPMG audit costs as non-routine transaction, 2) reimburse Telenet external costs for Project Soy, and 3) legal costs. Assume that have received accruals / estimates for these 3 buckets in close process as well - don't know if any of these may result in 2019 charges.

Thanks, Shawn

From: Dillamore, Michael <mdillamore@libertyglobal.com>
Sent: Wednesday, January 16, 2019 3:51 AM
To: Penne, Shawn <spenne@libertyglobal.com>
Cc: Cozac, Ioan <icozac@libertyglobal.com>
Subject: FW: Soy\Tofu fee estimates for 2018.

Shawn,

We are just looking through the budget for tax for 2019 and we just want your input for project SOY\TOFU. In the attached file you can see for Tax the 2018 cost we accrued\provided for these projects - $450k Tofu and $254k Soy.

Question is are we going to see costs for these projects in 2019 which are not provided for in the attached as we did not budget for any when the 2019 budget was set. We can then call this out as a risk to the budget.

Thanks
Michael


From: Visser, Vincent
Sent: 04 January 2019 20:03
To: Dillamore, Michael; Cozac, Ioan; Sutaria, Heena
Subject: RE: Soy\Tofu fee estimates

Hi,
Find attached the latest overview, currently being reviewed by the legal department. Heena checked the Tax Denver amounts with Shawn to come to this.

Vincent


From: Dillamore, Michael <mdillamore@libertyglobal.com<mailto:mdillamore@libertyglobal.com>>
Sent: Friday, January 4, 2019 2:28 AM
To: Visser, Vincent <vvisser@libertyglobal.com<mailto:vvisser@libertyglobal.com>>; Cozac, Ioan <icozac@libertyglobal.com<mailto:icozac@libertyglobal.com>>; Sutaria, Heena <hsutaria@libertyglobal.com<mailto:hsutaria@libertyglobal.com>>
Subject: RE: Soy\Tofu fee estimates

LGI00000321

Vincent\Heena,

I'm sure this has been reviewed given its very topical but just want to check we have accrued the Soy\Tofu costs in Denver for these projects and Shaun is happy with amount we have in the books Ytd Dec.

Would be good just to get an overview of what is accrued in the Ytd Dec numbers in US so we can include in the Tax month end report. Maybe Shaun can add if we have any risk of costs flowing into 2019 as we have no budget if it does.

Thanks
Michael

From: Visser, Vincent
Sent: 13 December 2018 14:24
To: Dillamore, Michael; Quinn, Neil; Cozac, Ioan
Cc: Sutaria, Heena
Subject: RE: Soy fee estimates

Yes, I'll double check with Shawn again

Heena: FYI


From: Dillamore, Michael <mdillamore@libertyglobal.com<mailto:mdillamore@libertyglobal.com>>
Sent: Thursday, December 13, 2018 3:35 AM
To: Quinn, Neil <nequinn@libertyglobal.com<mailto:nequinn@libertyglobal.com>>; Cozac, Ioan <icozac@libertyglobal.com<mailto:icozac@libertyglobal.com>>; Visser, Vincent <vvisser@libertyglobal.com<mailto:vvisser@libertyglobal.com>>
Subject: RE: Soy fee estimates

Yes I think so - 100k in the below for SOY in Tax (Deliotte\KPMG)

Vincent are you ensuring this is accrued in Dec?

Thanks
Michael

From: Quinn, Neil
Sent: 13 December 2018 10:10
To: Dillamore, Michael; Cozac, Ioan
Subject: FW: Soy fee estimates

Do you have enough?

From: Visser, Vincent
Sent: 12 December 2018 23:57
To: Quinn, Neil; Aberson, Marc
Subject: RE: Soy fee estimates

Thanks. Got it in the meantime also from Jennifer

Looks like Legal part is around 150k. Marc, you have 300k in forecast, right?

LGI00000322

KPMG/Deloitte will be covered by Finance?

Vincent


From: Quinn, Neil <nequinn@libertyglobal.com<mailto:nequinn@libertyglobal.com>>
Sent: Wednesday, December 12, 2018 11:36 AM
To: Visser, Vincent <vvisser@libertyglobal.com<mailto:vvisser@libertyglobal.com>>
Subject: FW: Soy fee estimates
Importance: High



From: Evans, Jeremy <jevans@libertyglobal.com<mailto:jevans@libertyglobal.com>>
To: Aberson, Marc <maberson@libertyglobal.com<mailto:maberson@libertyglobal.com>>; Quinn, Neil <nequinn@libertyglobal.com<mailto:nequinn@libertyglobal.com>>
Cc: Harris, Henry <hharris@libertyglobal.com<mailto:hharris@libertyglobal.com>>
Subject: FW: Soy fee estimates
Importance: High

Some additional legal fees for this year guys- project Soy. Charlie has agreed with T'net that we pick these up.

From: van Sprundel Bart
Sent: 12 December 2018 17:27
To: Evans, Jeremy
Cc: Machtelinckx Luc; Helsen Quinten
Subject: Soy fee estimates
Importance: High

Jeremy,
Cfr. Earlier request update on Soy cost/expenses on the basis of SoW's received yesterday

1/ special request on legal fee details
Please find below the fee estimates on the basis of the info received so far (FF and Loyens came in meanwhile):
- Notary fees ( 2 deeds : 1300 + 17000) -> 20k;
- Robes (as approved with Nina) -> 55k;
- FF : 65 k;
- Loyens 4k
Kindly note that if and when additional items/assignment pop up (finanincing - translations - etc) this might impact the above.
Attached I have att. SOW of the lawfirms and invoices of the notary.

2/ Soy cost estimates
We have also received estimates from Karl (cc'ed) on the tax/finance/iT side.
Fee estimate(s) as a whole are currently on/around 300 k -> see att. Excell overview, with estimates.

Best regards,
Bart

LGI00000323