**From:** Berg, Marcel van den
**Sent:** Wednesday, December 12, 2018 1:00 PM
**To:** Penne, Shawn
**CC:** Archer, Margit
**Subject:** RE: Project Soy
**Attachments:** image001.png

Thx, what is the recommendation?

From: Penne, Shawn
Sent: 12 December 2018 12:56
To: Berg, Marcel van den
Cc: Archer, Margit
Subject: Project Soy

Hi Marcel - A couple of updates on Soy that wanted to pass along:


- Mike asked Bryan about board materials around Soy, and my understanding is that pulled materials from board and will speak with JM today on approval / going forward. Seemed Mike still had some concerns and looking for more understanding of benefits / why now vs. waiting.


- A new version of extender tax bill was released on Monday evening that included some revisions to the included "Technical Corrections" around 2017 US tax reform. Of interest to us was addition around Sec. 951(b) attribution rules (changes that made LGBBI a CFC and causing most companies in structure to be CFC due to attribution), this addition was actually including new section in code around these provisions that looks to get at last day of year rule but broader in that gives Treasury broad authority to write regulations to prohibit the avoidance of income due to these changes (at least how it reads to me). In short, believe this is route for Treasury to close the last day of year rule / mismatch for CFC that have limited US inclusion shareholders. Article below on introduction, but belief is this extender package does not get passed and will be dealt with next year (with House changing control in meantime). Therefore, may not have immediate impact but does provide view on how they technical correction in at least one draft (which is broad in my opinion) and think route that may be used to close this (meaning either through technical correction or other legislative matter that changes rules or provides Treasury authority to write guidance to stop).

https://thehill.com/policy/finance/420659-brady-releases-revised-version-of-his-year-end-tax-bill


- As getting better numbers / running models, the cushion for generating enough E&P necessary to get TLNT gain fully exempt has been eliminated with latest estimates being that do have enough to get full exempt but any decrease (due to actuals changing, movement in derivative or FV allocation) would likely result in a portion of gain potentially being Subpart F (and not exempt). This is based on some conservative assumptions on numbers, so do have ability to take positions or views that increase cushion / exempt taxation, however these areas have some uncertainty around (and may be less than MLTN although some are just unclear with further guidance on application of 2017 rules needed to determine final comfort level).

Can discuss on our update call later today.

Thanks, Shawn

Shawn Penne
Vice President, Group Tax Strategy

T + 1 303 220 6658
M + 1 720 261 2056

Liberty Global Inc.
1550 Wewatta Street
Suite 1000
Denver, CO 80202
USA

[cid:image001.png@01D44907.7C4851A0]

LGI00003460