**From:** Deda, Marianne
**Sent:** Tuesday, January 15, 2019 9:12 AM
**To:** Goplen, Emily; Zheng, Tina
**CC:** Stoughton, Laura; Rosanova, Tyler
**Subject:** RE: Telenet E&P calc for review
**Attachments:** image001.png; image002.png; image003.png; image004.png

Thanks, Emily.

Please see comments below. Tina - there is one for you there too...just want to make sure I'm not contradicting you on how we treat 338 reserves.

Also two new things:

1) In terms of GILTI - the Subpart F rule where you have to be a shareholder on the last day of the year applies for GILTI. As such, we don't flow TNET up to the GILTI schedule. I removed this from the current GILTI schedule as was causing an uh-oh.

2) I think derivatives are indeed final, but not yet DFCs.

Please let me know if you have any questions.

Thanks,
Marianne

Marianne Deda
Phone: 303.784.4588
E-mail: mdeda@libertyglobal.com<mailto:mdeda@libertyglobal.com>

From: Goplen, Emily <egoplen@libertyglobal.com>
Sent: Monday, January 14, 2019 8:32 PM
To: Deda, Marianne <mdeda@libertyglobal.com>; Zheng, Tina <tzheng@libertyglobal.com>
Cc: Stoughton, Laura <lstoughton@libertyglobal.com>; Rosanova, Tyler <trosanova@libertyglobal.com>
Subject: RE: Telenet E&P calc for review

Hi Marianne,

See below where I have addressed your comments.

Thanks!

Emily Goplen
Senior, International Tax

T +1 303 784 4501
O +1 303 220 6600
F +1 303 784 4500
EGoplen@libertyglobal.com<mailto:EGoplen@libertyglobal.com>

Liberty Global, Inc.
1550 Wewatta Street
Denver, Colorado 80202
USA

From: Deda, Marianne <mdeda@libertyglobal.com<mailto:mdeda@libertyglobal.com>>
Sent: Monday, January 14, 2019 5:18 PM
To: Goplen, Emily <egoplen@libertyglobal.com<mailto:egoplen@libertyglobal.com>>; Zheng, Tina <tzheng@libertyglobal.com<mailto:tzheng@libertyglobal.com>>
Cc: Stoughton, Laura <lstoughton@libertyglobal.com<mailto:lstoughton@libertyglobal.com>>; Rosanova, Tyler <trosanova@libertyglobal.com<mailto:trosanova@libertyglobal.com>>
Subject: RE: Telenet E&P calc for review

Thanks, Emily. Please see below for my comments/questions:

1) What is the 18,940 check figure on the HFM TB? Seems to resolve itself by the time we hit net income, but not sure where the offsetting difference is? EG: interest income affiliates technically belongs up in 'other expenses' now. You don't see the offsetting difference there because there isn't a HFM pull for Subtotal Other. But if we pull our TB like we use for return workpapers you will see it up there. We aren't missing anything. Ok - please be sure to explain these discrepancies in the future in the workpapers.

[cid:image001.png@01D4AC07.FFA355F0]

2) Related to #1 above - think we should only reclass the 150,215 to interest expense as we do have positive income in PL70999_A_NCC. EG: updated

3) The 10.5M gain on sale of assets in account PL72990 relates to a gain on the transfer of assets to the Uni-T JV. We need to book the tax gain as book does not equal tax in this case. See Cell N126 on the external support tab. The tax gain is estimated at 8,977,154. We will assume that book = tax on account PL70499_B_TP at this point. I have a question out to Karl to see if we can get better info as to the PIS/Category of assets that were transferred and sold. Attached is the Uni-T memo. EG: updated. Tax adjustment 24 is now 12M. See rec on BTT tab Very nice recon - thank you!

4) The total gain on sale due to Project Soy is 4,224,353,586 and of that 2,067,000 is Subpart F. Please fix the formulas as only picking up 4,220,219,596 as the "non-stock" gain. EG updated. Let me know if this is not the presentation you were thinking of

[cid:image002.png@01D4AC18.79F6D880]

Also need to update the gain to the latest numbers...see below. But this will change after we get Margit the revised tax basis. EG: updated. Looks to be different even from the below now
[cid:image003.png@01D4AC18.DE1BE670]
And it has changed since then as well! Using your numbers above, I would expect the 2,069,975 to go on Row 51 of the BTT tab. I would then expect 4,190,098,191 (the difference between the 4,193,051,166 and the 2,069,975) to go on Row 47. I've got a question out to Margit as I think there might be double counting going on in the gain calc related to Sub F - I'll keep you posted! I've update the spreadsheet to the figures below.

[cid:image004.png@01D4AC65.C1909760]

5) Depreciation/Amortization - will need to be updated as discussed, except no MQ issues with Amortization.

LGI00001406

EG: updated Please also update the inside basis of Telenet for the revised tax basis in the fixed assets and intangibles. EG: I have updated Margits tax basis calc on 'FA Tax Basis Summary tab. I have marked the cells I updated in blue so that they stand out :) Thank you! Both Tina and I have reviewed and agree with your results. Just need you to update the depreciable assets section of the FA Tax Basis Summary tab in Margit's calc and the Fixed Asset Basis calc that is the perm file (see my previous email).

6) Reserves (Allowance for Bad Debt, ST Claim/Assessments/Restructuring) - let's dig a bit on these because we have the Coditels in the mix (338 elections) so think we need to be careful on how much of a deduction we can take on those? EG: take a look at the 'reserves' tab I set up. I have copied in snips of the BE3449D 2017 workbook (reserve adjustments for both coditels done at this entity). It seems like we took the combined 12/31 balance and backed out the 7/31 balance and the OBS mvmt to come to our adjustments. Does this mean we can just do reserves like normal going forward? Or does it mean we need to continue to adjust out that OBS amount? Lets chat on this one! Reserves are a tough one to wrap my brain around. Please take a look at the additions I made to the reserves tab. We need to compare the EOY 12/31/2017 balances to EOY 12/31/2018 (from the separate company info that Peter provided). If we have unfavorable adjustments, we make the E&P adjustment. If we have favorable E&P adjustments, we need to go back to see what the OBS balance was in the account and basically disallow the favorable adjustments until we get take that to zero. This means of the consolidated 2,687,125 E&P adjustment you have for Allowance for Bad Debts, you are going to reduce that (i.e. make it less favorable) by 486,611. The other accounts are "okay" in that either didn't change or had unfavorable adjustments. Tina - is this close to what you remember for how we are treating these?

7) Direct Acquisition Costs - I have a question out to Karl to see if we can get detail on this. EG: open

8) Does the "de minimis - resource" note in cell AJ64 of the sourcing tab apply? If no, please delete. EG: deleted

9) Is the sourcing of the RP interest expense working correctly? I would have thought it would go 100% against the Subpart F baskets (i.e. no general). EG: I fixed the formula to include column AB but it is still showing some general. Do you want me to override? I see what you are saying how it looks like it should all be sub f baskets. I think you have to override in this case. Your related party interest expense has to go against your Sub F baskets first. Please allocate among the Subpart F baskets basis on a pro-rata basis.

10) This one will be really fun to do the CFC receipts tiering for interest expense. EG: agreed!

11) Please fix the GILTI and 163J formulas...similar to note for UM and Austria. EG: updated. No changes to amounts

12) Because LGI is no longer a US shareholder on 12/31 (the last day of Group Holdings and Telenet Group NV's year end), the U.S. shareholder percentage in cell Z265 should be zero. EG: updated

13) Please take a look through the SOX tab and update as appropriate for things that are now final. EG: updated. Will need more sign offs from Tyler now

* Does this file have look-through links? EG: no LT links. The 801 interest income is a mismatch and we

assume 100% passive to be conservative. Same as prior quarter. Okay. Think the answer to the SOX question is then N/A?

Open Items by my count - let me know if I am missing anything:

1) Final gain calc

2) Stock Options - question to Karl as to what happened to the March transactions from the file we received in May

3) DFCs - Mike has reviewed and Laura is clearing points EG; they are final now. I have updated

Please let me know if there are any questions!

Thanks,
Marianne

Marianne Deda
Phone: 303.784.4588
E-mail: mdeda@libertyglobal.com<mailto:mdeda@libertyglobal.com>

From: Goplen, Emily <egoplen@libertyglobal.com<mailto:egoplen@libertyglobal.com>>
Sent: Monday, January 14, 2019 11:09 AM
To: Deda, Marianne <mdeda@libertyglobal.com<mailto:mdeda@libertyglobal.com>>; Zheng, Tina <tzheng@libertyglobal.com<mailto:tzheng@libertyglobal.com>>
Cc: Stoughton, Laura <lstoughton@libertyglobal.com<mailto:lstoughton@libertyglobal.com>>; Rosanova, Tyler <trosanova@libertyglobal.com<mailto:trosanova@libertyglobal.com>>
Subject: Telenet E&P calc for review

Hi Marianne and Tina,

The Telenet E&P calculation is ready for review. A couple of items to note below:

1. Depreciation - I prepared this Q4 update so it will need a first level review

2. I have added a gain on the CTB of Telenet Group BVBA using the most recent draft of Margit's calculation. ~4M EUR. ~2M sourced as Sub F

3. I have reviewed and used the MD prepared stock comp number in this calc. For your reference, the number I calculated using the May data annualized to Dec was ~2.3M. What MD calculated using the newest data and the yahoo finance pull for stock price is coming in around 2.5M. So I think this is a great way to calculate the stock comp!

Thanks!

Emily Goplen
Senior, International Tax

T +1 303 784 4501
O +1 303 220 6600
F +1 303 784 4500
EGoplen@libertyglobal.com<mailto:EGoplen@libertyglobal.com>

Liberty Global, Inc.
1550 Wewatta Street
Denver, Colorado 80202
USA

LGI00001409