**From:** Archer, Margit [maarcher@libertyglobal.com]
**Sent:** Monday, October 29, 2018 5:02 PM
**To:** Card, Robbin
**Subject:** RE: soy
**Attachments:** image001.png

As of now, yes. If we see more regs / tech corrections, that may change.

From: Card, Robbin
Sent: Monday, October 29, 2018 11:01 AM
To: Archer, Margit <maarcher@libertyglobal.com>
Subject: soy

So is this project still expected to happen this year?

Thanks.

Robbin Card
Vice President, Tax Reporting

O + 1 303 220 6636
M + 1 303 718 3368

Liberty Global Inc.
1550 Wewatta Street, Suite 1000
Denver, CO 80202 USA

[cid:image001.png@01D46F76.CAED2430]

LGI00003548