# PROJECT SOY
# EXECUTIVE SUMMARY

November 30, 2018

PRIVILEGED COMMUNICATION

LGI00003403

# SUBSIDIARY HOLDING STRUCTURE REVIEW – UPDATE

**OVERVIEW**

- We have undertaken a review of our corporate subsidiary structure to determine the optimized structure for on-going ownership and operation of the company. Includes potential reduction of ownership by intermediary US holding companies (historic Liberty Global, Inc. and Virgin Media, Inc.). Simplification has multiple benefits for company.

| PLAN | Liberty Global (ex. TLNT) | Telenet | Virgin Media | VodafoneZiggo JV |
|---|---|---|---|---|
| **STATUS** | • Starting to identify potential structure w/ IRS review progressing | • Working towards execution of plan<br>• Will be ready to execute on Dec. 28th | • Determined not to execute plan<br>• Completing execution of asset for share exchange utilizing existing legal framework without same tax risk | • Ownership in asset partially "stepped up" in 2017<br>• Considering potential structures for further optimization under various scenarios |
| **KEY ISSUES / NEXT STEPS** | • Continue IRS review / evaluate initial structural steps<br>• Finalize structure / alternatives | • Finalize legal, tax and operational diligence<br>• Have briefed TLNT board in October<br>• [Complete tax opinions / KPMG sign-off]<br>• [Finalize execution mechanics and timeline] | • Finalize Labyrinth plan to execute legal, tax and operational diligence<br>• Monitor rules to determine alternatives and options on going forward basis | • Various options are under review |
| | • *New Regulatory guidance can be issued until June 30, 2019 to be retroactive to January 1, 2018 (may impact opinion level)* | | | |
| **RECOMMENDED TIMING** | • TBD – Initial steps likely to take place in 2019 | • [Execute in late December (requires execution close to YE)] | • Finalize Labyrinth transaction | • TBD |

Project Soy: Executive Summary, November 30, 2018 – Privileged Communication

**EXECUTIVE SUMMARY**

LGI00003405

# US TAX IMPLICATIONS OF BASIC STEPS



Project Soy: Executive Summary, November 30, 2018 – Privileged Communication

LGI00003406



**TAX COMFORT LEVEL**

5

Project Soy: Executive Summary, November 30, 2018 – Privileged Communication

LGI00003407



LGI00003408