**From:** Berg, Marcel van den
**Sent:** Friday, December 21, 2018 2:41 PM
**To:** Penne, Shawn; Hall, Bryan
**CC:** Bracken, Charlie; Schoettger, Suzanne
**Subject:** Re: Project Soy

Copying Suzanne as well

Marcel

On 21 Dec 2018, at 15:39, Berg, Marcel van den <mvdberg@libertyglobal.com<mailto:mvdberg@libertyglobal.com>> wrote:

Thx.

Bryan, further to earlier communications are we good to go? Analysis is unchanged compared to earlier communications. I need to flag that if we don't have confirmation by the 24th, I am not sure the lawyers will be able to execute all required steps before end of year (which is required). Let me know if any action required from my side.

Thank you,

Marcel

On 21 Dec 2018, at 13:15, Penne, Shawn <spenne@libertyglobal.com<mailto:spenne@libertyglobal.com>> wrote:

Marcel – Haven't heard anything on decision whether to take Project Soy forward. [REDACTED]

As mentioned, first step would be on Dec. 26th with notarial deed being executed in Belgium. My understanding is that were planning on submitting today with holidays at beginning of week (due to holiday schedules as well). Have communicated that should not be executed unless hear from us that clear to go.

Thanks, Shawn



Shawn Penne
Vice President, Group Tax Strategy

T + 1 303 220 6658
M + 1 720 261 2056

Liberty Global Inc.
1550 Wewatta Street

Suite 1000
Denver, CO 80202
USA

<image001.png>

LGI00003410