**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Liberty Global, Inc., | ) |
| Plaintiff, | ) Case No.: 20-cv-03501 |
| v. | ) Hon. R. Brooke Jackson |
| United States of America, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for amicus curiae Ivins, Phillips & Barker, Chartered.

Dated: December 29, 2021.              Respectfully Submitted,

/s/ Jeffrey E. Moeller
JEFFREY E. MOELLER
IVINS, PHILLIPS & BARKER, CHARTERED
1717 K Street NW, Suite 600
Washington, DC 20006
(202) 662-3450
jmoeller@ipbtax.com
*Attorney for Amicus Curiae*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Jeffrey E. Moeller
JEFFREY E. MOELLER
IVINS, PHILLIPS & BARKER, CHARTERED
1717 K Street, NW, Suite 600
Washington, DC 20006
(202) 662-3450
jmoeller@ipbtax.com
*Attorney for Amicus Curiae*
