# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| Liberty Global, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No.: 20-cv-03501 |
| v. ) | Hon. R. Brooke Jackson |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Ivins, Phillips & Barker, Chartered ("Ivins") is a professional corporation organized under the laws of the District of Columbia. Ivins has no parent company, and no publicly traded company directly or indirectly owns 10 percent or more of its stock.

Respectfully submitted this 29th day of December, 2021.

/s/ Jeffrey E. Moeller
JEFFREY E. MOELLER
IVINS, PHILLIPS & BARKER, CHARTERED
1717 K Street NW, Suite 600
Washington, DC 20006
(202) 662-3450
jmoeller@ipbtax.com
*Attorney for Amicus Curiae*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Jeffrey E. Moeller
JEFFREY E. MOELLER
IVINS, PHILLIPS & BARKER, CHARTERED
1717 K Street NW, Suite 600
Washington, DC 20006
(202) 662-3450
jmoeller@ipbtax.com
*Attorney for Amicus Curiae*