**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

|  |  |
|---|---|
| Liberty Global, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No.: 20-cv-03501 |
| v. ) | Hon. R. Brooke Jackson |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for amicus curiae Ivins, Phillips & Barker, Chartered.

Dated: December 29, 2021.　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan L. Holbrook
　　　　　　　　　　　　　　　　　　　　　　JONATHAN L. HOLBROOK
　　　　　　　　　　　　　　　　　　　　　　IVINS, PHILLIPS & BARKER, CHARTERED
　　　　　　　　　　　　　　　　　　　　　　1717 K Street NW, Suite 600
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　(202) 393-7600
　　　　　　　　　　　　　　　　　　　　　　jholbrook@ipbtax.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Amicus Curiae*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Jonathan L. Holbrook
JONATHAN L. HOLBROOK
IVINS, PHILLIPS & BARKER, CHARTERED
1717 K Street, NW, Suite 600
Washington, DC 20006
(202) 393-7600
jholbrook@ipbtax.com
*Attorney for Amicus Curiae*
