**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that Nathan P. Wacker of Skadden, Arps, Slate, Meagher & Flom LLP, is a member in good standing of the bar of this Court, and hereby enters his appearance in this case on behalf of Plaintiff Liberty Global, Inc.

Respectfully submitted this 19th day of February, 2022.

    By:    /s/ Nathan P. Wacker
                  **Nathan P. Wacker**
                  Skadden, Arps, Slate, Meagher & Flom LLP
                  1440 New York Avenue, N.W.
                  Washington, DC 20005
                  Telephone: (202) 371-7182
                  E-mail: nathan.wacker@skadden.com
                  *Attorney for Plaintiff Liberty Global, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2022, I served a copy of the foregoing document by filing it with the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

/s/ Nathan P. Wacker
**Nathan P. Wacker**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7182
E-mail: nathan.wacker@skadden.com
*Attorney for Plaintiff Liberty Global, Inc.*