IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, E. Carmen Ramirez, will appear as counsel for Defendant the United States of America in this action.

Parties should serve all future pleadings, orders, and communications in this matter on Ms. Ramirez at the address listed below.

Dated: April 18, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 616-2885
Fax: (202) 307-0054
E.Carmen.Ramirez@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

        Respectfully submitted,

        */s/ E. Carmen Ramirez*
        E. CARMEN RAMIREZ
        Trial Attorney, Tax Division
        U.S. Department of Justice