IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

    Undersigned attorney Jennifer Y. Golden hereby moves to withdraw as counsel in this matter pursuant to D.C.COLO.LAttyR 5(b). Ms. Golden will be leaving the employment of the U.S. Department of Justice. Thomas J. Sawyer and E. Carmen Ramirez, attorneys with the U.S. Department of Justice, Tax Division, have entered their appearances and will serve as counsel for the United States in this matter going forward. Mr. Sawyer and Ms. Ramirez are familiar with this matter and will comply with all court orders and time limitations established by applicable statutes and rules.

    Accordingly, for good cause shown, Ms. Golden requests that the Court permit her to withdraw as counsel in this matter and that the court docket be updated to remove her as counsel of record.

1

Dated: April 25, 2022                                    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Jennifer Y. Golden*
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-6547
Fax: (202) 307-0054
Jennifer.Y.Golden@usdoj.gov

*Attorneys for the United States of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

                    Respectfully submitted,

                    */s/ Jennifer Y. Golden*
                    JENNIFER Y. GOLDEN
                    Trial Attorney, Tax Division
                    U.S. Department of Justice