# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

---

Pursuant to D.C.COLO.LAttyR 5(b), and for good cause shown, the Court hereby

GRANTS the Motion to Withdraw as Counsel filed by Ms. Jennifer Y. Golden, Trial Attorney

with the U.S. Department of Justice, Tax Division. Ms. Golden is permitted to withdraw as

counsel in this matter effectively immediately, and her name and contact information shall be

removed from the court docket for this matter.

    .

    SO ORDERED this _____ day of _____, 2022.

                 BY THE COURT:

                 _____

                 R. Brooke Jackson
                 United States District Judge