IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

Liberty Global, Inc.

    Plaintiff,

v.

United States of America

    Defendant.

---

### [Proposed] AMENDED SCHEDULING ORDER
---

The parties have informed the Court that plaintiff Liberty Global, Inc. (LGI) wishes to file a motion for partial summary judgment on the issue of whether the economic substance doctrine is relevant to the transactions at issue in LGI's suit for refund. The parties agree that resolving that issue may help narrow the issues in dispute and have prepared an agreed-upon proposed schedule for the motion and for further proceedings.

Upon reviewing the parties' proposals, and for good cause shown, the Court ORDERS as follows:

**A. Motion for Partial Summary Judgment on the Relevance of the Economic Substance Doctrine, 26 U.S.C. § 7701(o), to LGI's 2018 Transactions**

The parties shall follow the following deadlines and page limits.

- LGI's opening brief: August 5, 2022 (25 pages)

- United States' response brief: September 5, 2022 (25 pages)

- LGI's reply: September 12, 2022 (10 pages)

- Oral argument: _____ __, 2022 at _____ _.m.

**B. Fact and Expert Discovery**

    **a. Stay of Discovery Related to the Transactions' Economic Substance or Business Purpose**

Discovery related to the transactions' economic substance and/or business purpose is hereby stayed until October 30, 2022, unless the parties mutually agree to conduct such discovery.

    **b. Discovery Cut-off and Expert Witness Disclosures**

- Close of fact discovery:  February 28, 2023

- Initial expert disclosures:  April 28, 2023

- Rebuttal expert reports, if any: May 31, 2023

- Close of expert discovery, including any depositions: June 30, 2023

**C. Other Scheduling Matters**

- Dispositive motion cut off:  June 30, 2023

- Three-day bench trial: _____

2

IT IS SO ORDERED.

Dated _____, 2022

BY THE COURT:

United States District Judge

APPROVED:

/s/ Rajiv Madan
Rajiv Madan
Jessie Liu
Nathan Wacker
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7020 (Madan)
(202) 371-7340 (Liu)
(202) 371-7182 (Wacker)
Raj.Madan@skadden.com
Jessie.Liu@skadden.com
Nathan.Wacker@skadden.com
*Attorneys for Plaintiff Liberty Global, Inc.*

Gregory S. Tamkin
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
*Attorney for Plaintiff Liberty Global, Inc.*

David A. Hubbert
Deputy Assistant Attorney General

/s/ Thomas J. Sawyer
Thomas J. Sawyer
E. Carmen Ramirez
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-8129 (Sawyer)
    (202) 616-2885 (Ramirez)
Fax: (202) 307-0054
Thomas.J.Sawyer@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
*Attorneys for the United States of America*