IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Isaac M. Hoenig, will appear as counsel for Defendant the United States of America in this action.

Parties should serve all future pleadings, orders, and communications in this matter on Mr. Hoenig at the address listed below.

Dated: August 29, 2022,   Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    */s/ Isaac M. Hoenig*
    ISAAC M. HOENIG
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044
    Tel:  (202) 307-5963
    Fax: (202) 307-0054
    Isaac.m.hoenig@usdoj.gov

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Respectfully submitted,

*/s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice