IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ
*and*
Civil Action No. 22-cv-02622-DDD-STV

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LIBERTY GLOBAL INC.,

 Defendant.

## UNITED STATES' NOTICE OF RELATED CASES

 Pursuant to LCivR 3.2, the United States hereby notifies the Court of two related cases pending in this district: *Liberty Global Inc. v. United States*, Case No. 20-cv-03501-RBJ, and *United States v. Liberty Global Inc.*, Case No. 22-cv-02622-DDD-STV.[1] The two cases concern the same parties and share common facts. In Case No. 20-cv-03501, LGI seeks a refund on its 2018 federal income taxes stemming from a specific transaction in that year. In Case No. 22-cv-02622, the United States seeks an affirmative judgment against LGI for taxes due for the same year, in connection with the same transaction.

//

//

---

[1] The United States identified Case No. 20-cv-03501-RBJ on the civil cover sheet filed with the complaint in case 22-cv-02622 but did not file a separate notice with the complaint.

1

October 19, 2022

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          */s/ Isaac M. Hoenig*
          THOMAS J. SAWYER
          E. CARMEN RAMIREZ
          ISAAC M. HOENIG
          Trial Attorneys
          U.S. Department of Justice, Tax Division
          P.O. Box 683, Ben Franklin Station
          Washington, D.C.  20044
          Tel:     (202) 514-8129 (Sawyer)
                   (202) 616-2885 (Ramirez)
                   (202) 307-5963 (Hoenig)
          Fax: (202) 307-0054
          Thomas.J.Sawyer@usdoj.gov
          E.Carmen.Ramirez@usdoj.gov
          Isaac.M.Hoenig@usdoj.gov

          *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I served a copy of the foregoing document by email as follows, by consent under Fed. R. Civ. P. 5(b)(2)(E) in the low-numbered case captioned above, and via CM-ECF in both cases captioned above:

Rajiv Madan (raj.madan@skadden.com)
Nathan P. Wacker (Nathan.wacker@skadden.com)
Christopher P. Bowers (chris.bowers@skadden.com)
Jessie K. Liu (jessie.liu@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
*Attorneys for Liberty Global, Inc.*

Gregory S. Tamkin (tamkin.greg@dorsey.com)
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 4010
Denver, CO 80202-5549
*Attorney for Liberty Global, Inc.*

Respectfully submitted,

*/s/ Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice