IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Davis G. Yee, will appear as counsel for Defendant the United States of America in this action.

Parties should serve all future pleadings, orders, and communications in this matter on Mr. Yee at the address listed below.

Dated: October 25, 2022

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    */s/ Davis G. Yee*
    DAVIS G. YEE
    Special Trial Attorney
    Office of Chief Counsel for the IRS
    100 First Street, 18th Floor
    San Francisco, CA  94105
    Tel:  (415) 547-3803
    davis.g.yee@irscounsel.treas.gov

    *Attorneys for the United States of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Respectfully submitted,

*/s/ Davis G. Yee*
DAVIS G. YEE
Special Trial Attorney
Office of Chief Counsel for the IRS