# EXHIBIT 1

**Ramirez, E. Carmen (TAX)**

| | |
|---|---|
| **From:** | Wacker, Nathan P <Nathan.Wacker@skadden.com> |
| **Sent:** | Thursday, October 27, 2022 12:45 PM |
| **To:** | Ramirez, E. Carmen (TAX) |
| **Subject:** | [EXTERNAL] Discovery - Search Parameters and Data on Results |
| **Attachments:** | WASSR01A-#1674449-v1-LGI_Discovery_Summary.docx |

Sorry for the delay as I was traveling earlier this week. See attached. I should also have a draft of additional facts for stipulation later today or tomorrow morning.

Nathan Wacker
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7182 | M: +1.903.744.5752 | F: +1.202.661.9182
nathan.wacker@skadden.com

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

**LGI v. United States – Details of LGI Document Searches**

1. Search Parameters for Liberty Global Inc. (U.S.-based) Documents
    a. Date Range: June 1, 2018, through July 31, 2019
    b. Custodians:
        i. Mike Fries
        ii. Bryan Hall
        iii. Marcel van den Berg
        iv. Shawn Penne
        v. Margit Archer
        vi. Marianne Deda
        vii. Jennifer Hodges
    c. Search Terms:
        i. Soy
        ii. "LGI Slovakia Holdings Inc"
        iii. "LGI Slovakia"
        iv. "Liberty Global Broadband I Limited"
        v. LGBBI
        vi. "Liberty Global Broadband II Limited"
        vii. Binan
        viii. "NV Conversion"
        ix. BVBA
        x. "Telenet Financing USD LLC"
        xi. "TF LLC"
        xii. 245A
        xiii. 351
        xiv. 964
        xv. "Intercompany Receivable"
        xvi. NQPS
        xvii. "profit certificate"
        xviii. "profit certificates"
        xix. "business purpose"
        xx. "economic substance"
        xxi. Sham
        xxii. "controlled foreign corporation"
        xxiii. CFC
        xxiv. "Boot stock" ~15

2. Search Parameters for Liberty Global (Non-U.S.) Documents
    a. Date Range: June 1, 2018, through July 31, 2019
    b. Custodians:
        i. Charlie Bracken
        ii. Nina Alitalo
        iii. Giles Rowbotham
        iv. Anna Abraham (formerly Wallace)
        v. Neil Coxhead
        vi. Ingrid Zijlmans
    c. Search Terms:
        i. Soy
        ii. "LGI Slovakia Holdings Inc"
        iii. "LGI Slovakia"
        iv. "Liberty Global Broadband I Limited"
        v. LGBBI
        vi. "Liberty Global Broadband II Limited"
        vii. Binan
        viii. "NV Conversion"
        ix. BVBA
        x. "Telenet Financing USD LLC"
        xi. "TF LLC"
        xii. 245A
        xiii. 351
        xiv. 964
        xv. "Intercompany Receivable"
        xvi. NQPS
        xvii. "profit certificate"
        xviii. "profit certificates"
        xix. "business purpose"
        xx. "economic substance"
        xxi. Sham
        xxii. "controlled foreign corporation"
        xxiii. CFC
        xxiv. "Boot stock" ~15

2

3. Search Parameters for Telenet Documents
    a. Date Range: June 1, 2018, through July 31, 2019
    b. Custodians:
        i. John Porter
        ii. Quinten Helsen
        iii. Michael de Bruyn
        iv. Peter vanden Eynden
        v. Ingrid Moriau
        vi. Rob Goyens
        vii. Bart van Sprundel
        viii. Karl Abelshausen
    c. Search Terms:
        i. Soy
        ii. "LGI Slovakia Holdings, Inc." or "LGI Slovakia"
        iii. "Liberty Global Broadband I Limited" or LGBBI
        iv. "Liberty Global Broadband II Limited" or LGBBII
        v. Binan
        vi. "NV Conversion" or BVBA
        vii. "Telenet Financing USD LLC" or "TF LLC"
        viii. 245A
        ix. 351
        x. 964
        xi. Intercompany Receivable!
        xii. Nonqualifed /5 "preferred stock"
        xiii. NQPS
        xiv. "profit certificate" or "profit certificates"
        xv. Boot/15 stock!
        xvi. "business purpose"
        xvii. "economic substance" or sham
        xviii. "controlled foreign corporation" or CFC

3

4. Search Results:
    a. Searches identified approximately 25,000 documents
    b. After initial screening for relevance and to de-dupe, about 5,000 documents remained
    c. We have produced just under 2,000 documents
    d. As you know, many documents are also identified as withheld on a privilege log

4