# EXHIBIT 3

**Ramirez, E. Carmen (TAX)**

| | |
|---|---|
| **From:** | Ramirez, E. Carmen (TAX) |
| **Sent:** | Tuesday, November 22, 2022 10:49 AM |
| **To:** | Wacker, Nathan P |
| **Cc:** | Sawyer, Thomas J. (TAX); Hoenig, Isaac M. (TAX); Madan, Raj |
| **Subject:** | RE: Privileged document? |

Nathan-

A few items, including another privilege issue:

1) Any updates on the search term hits? It sounds like it has been a challenge for your client technically—again, our folks can help. Please understand that if it is taking weeks, and you decline technical assistance, it is hard for us to be comfortable with your response.

2) Can you please send the foreign language terms we have been asking about, i.e., the terms your client previously ran, if any? If your client ran them, it should be simple to paste them into an e-mail and send us; you were able to give us the English terms.

3) Any progress on the meta-data issues we have been asking about?

4) Finally, another privilege issue, perhaps similar to the documents we flagged the other day. The document you produced at 4736 has an unredacted message from Nina Alitalo to Magrit Archer and others on December 3, 2018, 6:20 am. It looks like you might have redacted the same text at 4022, 3672, and possibly elsewhere. Is Ms. Alitalo an attorney? Did you mean to claim privilege on 4736? If not, how can we be comfortable that other redactions in that family (eg, message with Robin Palmer on 3672) are privileged. Please promptly advise.

Thanks,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

---

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Thursday, November 17, 2022 1:24 PM
**To:** Wacker, Nathan P <Nathan.Wacker@skadden.com>; Madan, Raj <Raj.Madan@skadden.com>
**Cc:** Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** Privileged document?

Nathan and Raj,

1) I noticed that you redacted text on the doc your client produced at 3064, but the same text did not appear to be redacted in another document containing a portion of the same email chain, 3061. (Of course, b/c it is

redacted I can't tell for certain, but it looks like it. The date and formatting are the same.  The hour sent is different but that is likely a time zone issue.  The minutes are the same.)  The text I could see on the non-redacted document does not seem to be privileged at all, but you included 3064 is on your log.  **Please promptly advise if you intended to claim privilege on 3016, or if there was an error.  If you intended to claim privilege, can you tell us why?  If not, what steps should be taken to make sure there were not similar erroneous claims?**

2) Somewhat relatedly, in the interests of reaching factual stipulations, would you allow us to see the initial document on your "withheld" log? It is the email chain of June 20, 2018, that appears to be the initial contact between Deloitte and LGI regarding what appears Project Soy.  We could agree that your sharing it is not waiver, and is for purposes of reaching stipulations.  (We would, of course reserve the same rights to challenge the privilege claim as with any document on the log).  We think seeing that initial contact would help work us address some questions folks on our side have raised about any fact stipulation, including the role of Deloitte in developing and executing the transactions.

We'd appreciate it if you could advise on the first issue, even if you don't have an answer right away on the second.

Thanks,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

2