# EXHIBIT 4

**Ramirez, E. Carmen (TAX)**

| | |
|---|---|
| **From:** | Wacker, Nathan P <Nathan.Wacker@skadden.com> |
| **Sent:** | Thursday, September 8, 2022 1:50 PM |
| **To:** | Ramirez, E. Carmen (TAX) |
| **Cc:** | Madan, Raj; Sawyer, Thomas J. (TAX); Hoenig, Isaac M. (TAX) |
| **Subject:** | [EXTERNAL] RE: Liberty— message to chambers |

Thanks, Carmen. Agreed on everything you said in your first paragraph—we are working on all of that. As discussed, we would also like to setup a call for next week to discuss our proposal about moving forward with an MSJ. As of now, we are available Tuesday 10 to noon or after 3, Wednesday 2 to 4, or Thursday 2 to 4.

On your other two points:

1. We will send that email to Judge Jackson later today.
2. Thank you for the list of potential deponents. We will digest and get back to you after we work with our client about scheduling and other issues.

Nathan Wacker
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7182 | M: +1.903.744.5752 | F: +1.202.661.9182
nathan.wacker@skadden.com

---

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Thursday, September 8, 2022 12:27 PM
**To:** Wacker, Nathan P (WAS) <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj (WAS) <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** [Ext] RE: Liberty— message to chambers

Nathan,

Thanks for speaking Tuesday.  I understand we should be getting Liberty-sourced documents from you soon, next week or early the following week. I also understand you have been reaching out to Deloitte DC and are willing to work with us, them, and your client to get documents from Deloitte Belgium, and that you will arrange a three-party call with us and Deloitte DC early next week.  As discussed, once we have a tentative path for getting the documents, we can work together on specific collections protocols (including attestations from custodians).

Two open items for this week:

1) Following up on the trial dates again – My  earlier proposed e-mail to chambers is below.  If you agree with the dates, feel free to send.  Please let us know if there are any issues with the dates as soon as possible, because Judge Jackson directed us to pick a date a while ago.

2) Depositions – as discussed Tuesday and in our earlier call, we'd like to batch depositions in early December, and strongly prefer not to go later.

>    As promised, I provide a tentative list of deponents below—plus, we would want to include anyone LGI intends to call as a witness.

1

You'll notice that several of the potential deponents are attorneys that LGI considered to be in a "core" group of persons involved with Project Soy. Before we would formally request their depositions, we we'd want further discussions with you about their role and whether you intend to call any of them as witnesses

We may narrow this (or possibly add someone), but I am hoping this will assist with scheduling. I don't know that they all need to be full-day, but we can confirm once you know the deponents' general availability. As discussed, Peter Vanden Eynden may not be with a Liberty Group entity anymore. We understand you or your client will reach out to him. (If you want us to approach him first, please let me know asap, because there may be more logistics involved in deposing a former employee overseas.)

| Entity | Name | Role |
| --- | --- | --- |
| **LGI** | Marianne Deda | Director US Tax Compliance and Controversy |
| | Margit Archer | Director, Group Tax Strategy |
| | Shawn Penne | VP Group Tax Strategy |
| | Tina Zheng | Senior tax manager |
| | Robbin Card | VP Tax Reporting |
| | Anna Abraham | Legal Counsel |
| | Nina Alitalo | Legal Counsel |
| | Neil Coxhead | Legal Counsel |
| | Jennifer Hodges | Legal Counsel |
| | Laura Stoughton | |
| | Dennis Van Cothe | |
| | Emily Goplen | Senior, International Tax |
| | Michael Fries | CEO |
| **Liberty Global plc** | Bryan Hall | Executive vice president |
| | Marcel van den Berg | Managing Director, Global Head of Tax |
| **Telenet** | Peter Vanden Eynden | VP of Financial Control (no longer with Liberty group?) |
| | John Porter | Telenet CEO |
| | Karl Abelshausen | Director of Tax |
| | Michael de Bruyn | Legal Counsel |
| | Quinten Helsen | Legal Counsel |

Thanks again,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Thursday, September 1, 2022 5:35 PM
**To:** Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** Liberty— message to chambers

Hi Nathan and Raj,

Per our conversation last week, we would like to send, or ask you to send, the following message to chambers. I don't think we had agreed on a "second-best" date, but we can say November 6 or the 13th are our 2nd and 3rd choices, if that works for you. Feel free to send this message to chambers if you agree on the dates.

> Liberty Global v. United States, 20-cv-03501-RBJ
>
> The court provided the parties three options for trial dates, and directed them to select a date. (Dkt. 51). The parties have conferred and would like to request October 16, 2023 for the start of trial, with November 6 and 13 as second and third choices, respectively.
>
> Thank you,

Get Outlook for iOS

======================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================