# EXHIBIT 5

**Ramirez, E. Carmen (TAX)**

| | |
|---|---|
| **From:** | Robart, Sierra <srobart@deloitte.com> |
| **Sent:** | Monday, November 7, 2022 2:01 PM |
| **To:** | Ramirez, E. Carmen (TAX) |
| **Cc:** | Hoenig, Isaac M. (TAX); Sawyer, Thomas J. (TAX) |
| **Subject:** | [EXTERNAL] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena |

Hi Carmen,

I can provide a preliminary hit report below, with two caveats which I was working out and hoping to have resolved before sharing but we can start with the below.

First, we are still working on the issue of the paragraph and section symbols for one of the search terms which I have determined are not searchable terms in our system. For the moment we have started with using a wildcard in front of the section numbers but I'm working with our e-discovery team to figure out exactly how that is working and if our system would include those symbols in a wildcard search. I want to make sure we're not adding extraneous documents or missing out on what we want.

Second, we are still loading Mr. Miller's data into our system so the search report does not yet provide hits on his data.

With those two caveats, below is a preliminary report:

| Search String | Files w/ Search Hit(s) | Files w/ Search Hit(s) Including Family | Files Unique to Search String | Files Unique to Search String Including Family |
|---|---|---|---|---|
| **Total** | **4,336** | **20,538** | **2,391** | **15,443** |
| (transaction or proposal or restructur* or "tax accrual") and ("245A" or DRD or (dividends w/3 received w/3 deduction)) and ("Tax Cuts and Jobs Act" or TCJA) | 1,557 | 9,453 | 1,511 | 9,265 |
| **Soy** | 1,437 | 3,731 | 152 | 574 |
| (transaction or proposal or restructur* or "tax accrual") and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing" or TGH) | 969 | 4,818 | 166 | 1,019 |
| **Liberty and Soy** | 883 | 2,239 | 0 | 0 |
| ("Liberty Global" or LGI or Liberty) and ((*351 or *964) W/5 (regulation or section or provision or rule or reg or sec or law or exchange or code or irc)) | 843 | 4,351 | 248 | 1,698 |

| Search Term | | | | |
|---|---|---|---|---|
| LG and Soy | 728 | 2,335 | 0 | 0 |
| "Project Soy" | 656 | 2,070 | 0 | 0 |
| ("Liberty Global" or LGI or Liberty) and ("245A" or 245 or DRD or (dividends w/3 received w/3 deduction)) | 619 | 4,926 | 214 | 2,983 |
| (Telenet Group or TGH) and (earning* or profit* or "E and P" or "E&P") | 445 | 2,919 | 5 | 16 |
| (Telenet or TGH) and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing") and ("promissory note" or "loan") | 437 | 3,174 | 4 | 28 |
| "Telenet" and (conversion or convert*) and (BVBA or NV) | 364 | 2,819 | 3 | 3 |
| (Liberty or LGI) and ("Tax Cuts and Jobs Act" or TCJA) | 334 | 1,054 | 72 | 197 |
| LGI and Soy | 324 | 1,987 | 0 | 0 |
| ("Liberty Global Broadband II" or LBGII) and "Liberty Global plc" and ("promissory note" or "loan") | 245 | 2,872 | 8 | 77 |
| (Telenet or TGH) and (reduction w/5 capital) | 239 | 1,705 | 0 | 0 |
| "Telenet Group Holding NV/SA" and (earning* or profit* or "E and P" or "E&P") | 187 | 2,041 | 0 | 0 |
| "Binan" w/5 transfer | 183 | 1,376 | 0 | 0 |
| ("Telenet Financing" or "TF USD") and ("Telenet International" or TIF) | 154 | 1,083 | 1 | 2 |
| (Telenet or TGH) w/5 "profit certificate*" | 137 | 859 | 0 | 0 |
| ("Telenet Financing" or "TF USD") and (("pledge agreement" or loan* or spring*) w/5 (debt or finance* or debt or credit)) | 94 | 255 | 0 | 0 |
| (Telenet or TGH) w/5 valuation | 58 | 496 | 7 | 130 |
| "4.283" and (Telenet or TGH) | 10 | 271 | 0 | 0 |
| ("Telenet Group" or TGH) and "profit certificate*" and "nonqualified preferred stock" | 4 | 96 | 0 | 0 |

A few notes on the way our hit reports appear. The first column shows how many individual documents hit on the term. The second expands out to include family of documents with hits (for instance, attachments or cover emails). That number is the total number of materials that would need to be reviewed. The third and fourth columns are dynamic and show how many of the hits are unique to a particular thread. For instance, the search thread ("Telenet Financing" or "TF USD") and ("Telenet International" or TIF)" captures 1 document that was not captured by any other search terms in the above list, or 2 documents if you include the family of its hits, while the search thread "Liberty and Soy" captured zero unique hits. In the latter case, if we did not change any other search threads, removing it as a term would have no impact on the overall numbers.

As soon as I can supplement with Mr. Miller's data and finalize our understanding on the use of symbols in our threads, I'll revert with a new copy.

Yours truly,
Sierra Robart

2

**Sierra A.Y. Robart**
she/her/hers
Assistant General Counsel | Office of General Counsel
Deloitte
1221 Avenue of the Americas, New York, NY 10020
Tel/Direct: +1 212 436 6572 | Fax: +1 844 223 9115
Member of Deloitte Touche Tohmatsu Limited
srobart@deloitte.com | www.deloitte.com

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Monday, November 7, 2022 1:15 PM
**To:** Robart, Sierra <srobart@deloitte.com>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>
**Subject:** [EXT] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Sierra- I didn't want to bother you while traveling, but based on your e-mail we were hoping to have the hit reports last week.

Can we get them today or by COB tomorrow?  We're a little concerned it is taking so long—I realize the review and production may take a bit, but had hoped running hit reports would be easy.  We will need to speak more concretely about production time tables once we have the figures.

Thanks,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Robart, Sierra <srobart@deloitte.com>
**Sent:** Wednesday, November 2, 2022 11:30 PM
**To:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>
**Subject:** [EXTERNAL] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Carmen,

Apologies for the delay – I am in depositions this week and traveling from tomorrow through the end of the week.  I am still waiting on hit reports but can provide an email update as soon as I have them which should be in the next day or so.  If necessary, I can make myself available for a brief call on Friday.

On Jamie Dahlberg, I have confirmed that we have in fact archived his materials.  I am getting further detail on cost and timing for pulling those materials, but I agree that we should focus on the custodians we have already identified first and then continue to discuss as needed from there.

Yours truly,
Sierra Robart

**Sierra A.Y. Robart**
she/her/hers
Assistant General Counsel | Office of General Counsel
Deloitte
1221 Avenue of the Americas, New York, NY 10020
Tel/Direct: +1 212 436 6572 | Fax: +1 844 223 9115
Member of Deloitte Touche Tohmatsu Limited
srobart@deloitte.com | www.deloitte.com

---

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Tuesday, November 1, 2022 2:53 PM
**To:** Robart, Sierra <srobart@deloitte.com>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>
**Subject:** [EXT] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Sierra,

Just circling back to see if 11/3 makes sense for a call.  Let us know, and thanks.

---

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Thursday, October 27, 2022 9:31 PM
**To:** Robart, Sierra <srobart@deloitte.com>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>
**Subject:** RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Sierra,

Thank you for the productive conversation Wednesday. Below is our understanding of where we are on search terms and custodians. Changes from our October 17th email are highlighted.

4

Custodians:

- Kevin Reed
- Jason Robertson
- Tyler Hildt
- Christian Miller
- ~~David M. Walker~~
- ~~Jamie Dahlberg~~

Based on the call, we understand that for now, Deloitte will run searches without including David M. Walker and Jamie Dahlberg as custodians, in the interests or prioritizing.

We understand David Walker is still with the firm but had less hours on the team than the others, and **we may follow up on him.**

We understand Jamie Dahlberg is not at the firm any more, and that you were concerned it would be costly to get his materials, if archived.

**Could you confirm a) if his materials are indeed archived and b) what would it entail to get them?** We want to understand the burden more specifically—and sometimes materials that probably should be archived turn out to be more (or less) accessible than thought. But for now we understand you will prioritize the other four custodians. We will also consider whether we can get what we need for one or both of these custodians through declarations or other custodians' materials.

In the meantime, we ask that you continue to preserve documents for Mr. Dahlberg and Mr. Walker. We may also follow up on additional custodians who appear in the documents.

Search terms:

We understand you will run the terms below, and follow up if the searches seem problematic (e.g., much higher counts than expected). **Can we set a time to speak next week about the counts? How is Thursday 11/3?**

1. (transaction or proposal or restructur! or "tax accrual") and Telenet and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing" or TGH)

2. (transaction or proposal or restructur! or "tax accrual") and ("245A" or DRD or dividends /3 received /3 deduction) and ("Tax Cuts and Jobs Act" or TCJA) ** Deloitte is concerned that this search may turn up documents related to other Deloitte clients. The US would prefer to run the terms and see the counts without adding "LGI" or similar because it seeks (1) Liberty related documents that don't specifically mention Liberty/LGI and (2) documents discussing IRC 245A related transactions generally. We understand that Deloitte will run the search and circle back to DOJ if it is turning up numerous documents related to other Deloitte clients.

3. "Project Soy"

4. Liberty and Soy

5. LGI and Soy

6. LG and Soy

7. Soy **Deloitte is concerned that this search is over broad. Deloitte will run the search and if it turns up numerous documents related to other clients, Deloitte will report back and the parties can discuss.

8. ("Liberty Global" or LGI or Liberty) and ("245A" or "245" or DRD or (dividends /5 received /3 deduction))  (We added Liberty and "245").

9. "Binan" /5 transfer

10. (Telenet or TGH) and (reduction /5 capital)

11. (Telenet or TGH) /5 valuation

12. "Telenet" and (conversion or convert!) and (BVBA or NV)

13. ~~"Telenet Group"~~ (Telenet or TGH) /5 "profit certificate!"

14. (Telenet or TGH) and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing") and ("promissory note" or "loan")

15. ("Liberty Global Broadband II" or LBGII) and "Liberty Global plc" and ("promissory note" or "loan")

16. ("Telenet Group Holding NV/SA" or ~~Telenet Group or TGH~~) and (earning! or profit! or "E and P" or "E&P")

17. ~~"Telenet Group Holding NV/SA" or Telenet Group or TGH)~~ and (earning! or profit! or "E and P" or "E&P") **With respect to #16 and #17, Deloitte is concerned that the #17 will pick up a large number of documents relating to Telenet profits or earnings but unrelated to Project Soy. DOJ is concerned that #17 will not pick up documents related to Project Soy in which the full entity name was not written out. Deloitte will run both searches and the parties will proceed after knowing how many documents turn up in each search. **Please note you may need to check your database indexing to see if the index is set to read the & character. **

18. ("Liberty Global" or LGI or Liberty) and (("351 or *964) /5 (regulation or section or provision or rule or reg or sec or law or exchange or § or code or irc or "s.") **Note: we intend the * in front of 351 and 964 is meant to be a universal character search. If your system uses a different character search instruction, please substitute that. Our intent is to capture 351 or 964 with our without the section symbol. If you are getting an unworkably large set of documents because these are picking up phone numbers or the like we can discuss.

19. ("Telenet Group" or TGH) and "profit certificate!" and "nonqualified preferred stock"

20. "4.283" and "Telenet Group" (Telenet or TGH)

21. ("Telenet Financing" or "TF USD") and ("Telenet International" or TIF)

22. ("Telenet Financing" or "TF USD") and ("pledge agreement" or loan! or spring! /5 debt or finance! or debt or credit)

23. ~~Telenet or TGH) and Soy~~

24. (Liberty or LGI) and ("Tax Cuts and Jobs Act" or TCJA)

Thanks once again,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Robart, Sierra <srobart@deloitte.com>
**Sent:** Tuesday, October 25, 2022 9:59 PM

**To:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** [EXTERNAL] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Isaac,

A short call would be helpful to discuss and iron out some of the terms.  Are you available at 11am ET tomorrow (Wednesday)?  I don't think we need everyone on the call and it should be quick.

Yours truly,
Sierra Robart

**Sierra A.Y. Robart**
she/her/hers
Assistant General Counsel | Office of General Counsel
Deloitte
1221 Avenue of the Americas, New York, NY 10020
Tel/Direct: +1 212 436 6572 | Fax: +1 844 223 9115
Member of Deloitte Touche Tohmatsu Limited
srobart@deloitte.com | www.deloitte.com

---

**From:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Sent:** Monday, October 24, 2022 2:59:17 PM
**To:** Robart, Sierra <srobart@deloitte.com>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** [EXT] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Sierra,

I am just following up on the below. Please let me know if there are any issues with the revised search terms/custodians.

Thank you,

Isaac M. Hoenig
Trial Attorney
United States Department of Justice, Tax Division
202-307-5963 (office)

202-598-0939 (cell)
Isaac.m.hoenig@usdoj.gov

**From:** Hoenig, Isaac M. (TAX)
**Sent:** Monday, October 17, 2022 2:21 PM
**To:** Robart, Sierra <srobart@deloitte.com>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Thank you Sierra. We appreciate you getting back to us on the list of terms and custodians.

We have a few additions to the list of custodians, based on LGI's privilege log, as well as a few modifications to the search terms. I have highlighted the changes in yellow. The searches should capture the particular terms anywhere in the searched documents including hidden text (such as speaker notes in Power Point presentations or comments on documents) and meta data. Please note that this is a preliminary list and we reserve our right to add additional custodians or search terms if necessary.

Additionally, do you intend to produce every non-privileged document responsive to these searches, or do you intend to review them to determine that each document is relevant? In either case, please confirm the number of documents for each search and the total number of responsive documents before you begin reviewing them so that we can discuss a production time frame.

Finally, please let us know whether Deloitte will accept service of a 30(b)(6) deposition subpoena and subpoenas to other employee individuals via email.

Please let me know if there are any issues with these changes to the search terms/custodians.

Search period:
- December 22, 2017 through October 11, 2019 (inclusive)

Custodians:
- Kevin Reed
- Jason Robertson
- Tyler Hildt
- Christian Miller
- David M. Walker
- Jamie Dahlberg

Search terms:

- (transaction or proposal or restructur! or "tax accrual") and Telenet and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing" or TGH)
- (transaction or proposal or restructur! or "tax accrual") and ("245A" or DRD or dividends /3 received /3 deduction) and ("Tax Cuts and Jobs Act" or TCJA)
- "Project Soy"
- Liberty and Soy
- LGI and Soy
- LG and Soy
- Soy
- ("Liberty Global" or LGI) and ("245A" or DRD or dividends /3 received /3 deduction)
- "Binan Investments" /5 transfer
- (Telenet or TGH) and (reduction /5 capital)
- (Telenet or TGH) /5 valuation
- "Telenet" and (conversion or convert!) and (BVBA or NV)
- "Telenet Group" (Telenet or TGH) /5 "profit certificate!"
- (Telenet or TGH) and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing") and ("promissory note" or "loan")
- ("Liberty Global Broadband II" or LBGI) and "Liberty Global plc" and ("promissory note" or "loan")
- "Telenet Group Holding NV/SA" or Telenet Group or TGH) and (earning! or profit! or "E and P" or "E&P")
- ("Liberty Global" or LGI or Liberty) and ((351 or 964) /5 (regulation or section or provision or rule or reg or sec or law or exchange)
- "Telenet Group NV" ("Telenet Group" or TGH) and "profit certificate!" and "nonqualified preferred stock"
- "4.283" and "Telenet Group" (Telenet or TGH)
- ("Telenet Financing" or "TF USD") and ("Telenet International" or TIF)
- ("Telenet Financing" or "TF USD") and ("pledge agreement" or loan! or spring! /5 debt or finance! or debt or credit)
- (Telenet or TGH) and Soy
- (Liberty or LGI) and ("Tax Cuts and Jobs Act" or TCJA)

Isaac M. Hoenig
Trial Attorney
United States Department of Justice, Tax Division
202-307-5963 (office)
202-598-0939 (cell)
Isaac.m.hoenig@usdoj.gov

**From:** Robart, Sierra <srobart@deloitte.com>
**Sent:** Wednesday, October 5, 2022 11:48 AM
**To:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX)

<E.Carmen.Ramirez@usdoj.gov>
**Subject:** [EXTERNAL] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Isaac,

Thanks for the follow up. Below is a proposal on search period, custodians and terms drawn from the requests in your subpoena. The terms in particular may need to be edited as they are run, so this is a starting point for us to work from. Happy to have a call to discuss, or else trade emails.

Yours truly,
Sierra Robart

Search period:
- December 22, 2017 through October 11, 2019 (inclusive)

Custodians:
- Kevin Reed
- Jason Robertson
- Tyler Hildt

Search terms:
- (transaction or proposal or restructur! or "tax accrual") and Telenet and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing")
- "Project Soy"
- Liberty and Soy
- LGI and Soy
- ("Liberty Global" or LGI) and "245A"
- "Binan Investments" /5 transfer
- "Telenet" and (reduction /5 capital)
- "Telenet" /5 valuation
- "Telenet" and (conversion or convert!) and (BVBA or NV)
- "Telenet Group" /5 "profit certificate!"
- Telenet and ("Liberty Global" or LGI or "United GlobalCom" or "Binan Investments" or "Telenet Group" or "Telenet BVBA" or "Telenet International" or "Telenet Financing") and ("promissory note" or "loan")
- "Liberty Global Broadband II" and "Liberty Global plc" and ("promissory note" or "loan")
- "Telenet Group Holding NV/SA" and (earning! or profit!)
- ("Liberty Global" or LGI) and ((351 or 964) /5 (regulation or section or provision or rule or reg or sec or law or exchange)
- "Telenet Group NV" and "profit certificate!" and "nonqualified preferred stock"

10

- "4.283" and "Telenet Group"

**Sierra A.Y. Robart**
she/her/hers
Assistant General Counsel | Office of General Counsel
Deloitte
1221 Avenue of the Americas, New York, NY 10020
Tel/Direct: +1 212 436 6572 | Fax: +1 844 223 9115
Member of Deloitte Touche Tohmatsu Limited
srobart@deloitte.com | www.deloitte.com

**From:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Sent:** Wednesday, October 5, 2022 10:36 AM
**To:** Robart, Sierra <srobart@deloitte.com>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** [EXT] RE: Liberty: follow-up on 9/22 call re Deloitte subpoena

Hi Sierra,

I am just following up on the below email. Thanks so much.

Isaac

Isaac M. Hoenig
Trial Attorney
United States Department of Justice, Tax Division
202-307-5963 (office)
202-598-0939 (cell)
Isaac.m.hoenig@usdoj.gov

**From:** Hoenig, Isaac M. (TAX)
**Sent:** Friday, September 23, 2022 12:19 PM
**To:** Robart, Sierra <srobart@deloitte.com>; Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** Liberty: follow-up on 9/22 call re Deloitte subpoena

Sierra and Nathan,

Thank you very much for taking the time to speak with us yesterday. I am sending the below email to follow-up on a few points from our conversation and to confirm next steps. If you have a different understanding of any of the items below, please let me know.

Deloitte Belgium/Deloitte UK Materials

Based on our call, we understand that Nathan is working with someone else at Deloitte to gather materials responsive to the subpoena from Deloitte Belgium and Deloitte UK. Yesterday we discussed the possibility that there may be responsive documents with Deloitte UK and the United States' concerns about the scope of the search. We will plan to follow-up on this item on our call next Wednesday with Skadden.

Deloitte US Materials

With respect to the Deloitte US documents, Sierra will provide the United States with a list of proposed custodians and search terms next week. The United States will review those items and possibly propose changes after which Deloitte will perform the necessary searches and gather the responsive documents. Sierra also expressed concerns about the broad time frame of the search. We are sensitive to that concern and agree as a preliminary matter to limit the time period of the materials requested in the subpoena. The United States' subpoena requests materials created and/or modified at any time between January 1, 2016 to the present. For purposes of gathering responsive documents, we agree that Deloitte may limit its search to materials created and/or modified between December 22, 2017 and October 11, 2019. If, after reviewing the responsive documents, it becomes clear that there are relevant materials created and/or modified before or after this time period, the United States reserves the right to request those documents.

Privilege/Work Product Protection

Finally, we discussed Liberty's 7525 privilege and work product protection claims. My understanding of where we left the discussion is that while the application of the tax shelter exception to 7525 could likely be dealt with by the court in the abstract without the need for a privilege log, whether or not an item is protected under the work product doctrine turns on the nature of the document and the purpose for which it was prepared. We therefore have concerns about Nathan's proposal to abstractly resolve our privilege dispute and agreed to continue the discussion next week. In the meantime, the default rule under FRCP 45(e)(2) is clear that a privilege log is required if documents are withheld under a claim of privilege/work product protection. Therefore, unless we can agree on an alternative procedure, we expect that Deloitte and Liberty will proceed with gathering responsive documents to respond pursuant to Rule 45.

Thank you both and have a great weekend,

Isaac M. Hoenig
Trial Attorney
United States Department of Justice, Tax Division
202-307-5963 (office)
202-598-0939 (cell)
Isaac.m.hoenig@usdoj.gov

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

13