# EXHIBIT 6

# Ramirez, E. Carmen (TAX)

| | |
|---|---|
| **From:** | Ramirez, E. Carmen (TAX) |
| **Sent:** | Tuesday, November 15, 2022 2:51 PM |
| **To:** | Wacker, Nathan P |
| **Cc:** | Hoenig, Isaac M. (TAX); Sawyer, Thomas J. (TAX); Madan, Raj |
| **Subject:** | RE: Timing Update |

Thanks Nathan.  There are several other open items from the last several months, aside from the searches we discussed 11/3 and wrote up 11/4.  At least a few may be ripe for discussion with Judge Jackson, and we'd like to raise the issues as much in advance of the holiday as we can.  Here's my list:

1) Overall timing: as you know we were concerned about the scope of the searches and collections, and we appreciate you agreeing to run additional terms. Our big concern is that if a large volume of documents were not picked up initially (whether because Tina Zheng is included or because the terms your client initially chose were underinclusive), it will be difficult to maintain the existing schedule.  But we appreciate that we all need to see the count reports before next steps.

2) New facts/RFAs: you have asked us what facts we think are relevant for possible stipulations.  We've asked for your draft stip with what you would propose, but in the meantime we are working on additional RFAs that could help with a stip and streamline discovery.  Hope to have it to you in a few days—we may send one round and then straggler items we are still thinking about, so we aren't holding things up. (Unless we explicitly agree otherwise, you can assume we are issuing them as formal discovery RFAs subject to the FRCP, though they may also support a fact stip.)

3) September 16 RFPs: As referenced in your November 4, 2022 letter to the court, you agreed to produce the remaining documents responsive to our September 16, 2022 RFPs from your initial collections, along with load ready copies (with meta data) of the documents already produced, by November 15, 2022. We will expect to receive those documents today.

4) Meta data, especially custodian field: as you know, there was an issue with the metadata for all your existing productions.  Among other problems, the custodian field appeared to have been deleted from most records.  You were looking into straightening it out.  We would like to have the proper meta-data, especially the custodians, well before depositions.  Can you tell us the status?  As mentioned before, we would be happy to have our tech folks help  are still having tech issues.

5) # of depositions: We sent you LGI-family deponent names over the summer.  We would also expect to depose any experts you have, and a witness or two from Deloitte and KMPG.  On November 7th we followed up to confirm if you would agree to exceed the 10 deps permitted as a default in the FRCP.  **Do you have an answer on that yet?** (Relatedly, we haven't heard any concerns from you about the dates and locations we noticed, but please let us know if there are any issues.)

6) Deloitte overseas documents:  As you know, we have subpoenaed Deloitte for its Belgian documents, and Deloitte has taken the position that a U.S. court does not have jurisdiction to reach its documents in Belgium. In our first requests for production to LGI, we also included Deloitte documents within the scope of those requests, since Deloitte was retained by LGI / Telenet and they may have access to those documents. We understand you have recently tried to contact the relevant folks in Belgium and learned there have been some role changes you may not have expected.  In any event, we have been requesting your assistance on these documents since this summer, and you have consistently told us you would cooperate.  You have not disputed that your client has the ability to request them from its advisors.  Having waited some months, we are worried

1

we will not get them in time for them to be useful for depositions. We may need to proceed with a motion to compel.

7) Deloitte US documents: We have preliminary hit counts from Deloitte DC and it looks like a sizable volume of material. [Personal information regarding attorney's schedule redacted] Anyway, the ball is in your court, as it appears Deloitte won't produce, or even begin review, without approval from you or your client as to privilege.

Whether a particular documents is protected by the ACP/7525 or the work product doctrine depends upon the nature and purpose of each document. For example, accounting advice, workpapers, and business advice are not privileged. Based on your log for your own production (not Deloitte's), it appears Deloitte's involvement took place primarily before Project Soy was executed.

We suspect that many of Deloitte's documents contain business rather than legal advice. Additionally, Deloitte has indicated to us that their search has turned up a large number of potentially responsive documents that do not mention Project Soy, or LGI/Liberty. Without reviewing these documents on an individual basis, one cannot determine whether they are protected from disclosure. Finally, we recognize that we have previously discussed resolving whether the tax shelter exception to 7525 applies prior to LGI preparing a privilege log.

If LGI intends to assert that many documents are protected under the work product doctrine, that would necessitate a privilege log even if it were determined that the tax shelter exception applies to some documents. And, as explained above, certain documents may not be protected by the ACP/7525 in the first instance. Therefore, we do not believe it is appropriate to resolve privilege issues in the abstract before a privilege log is provided as required by Rule 45. Please promptly let us know how you would like to proceed. <u>If LGI does not direct Deloitte to proceed with reviewing the responsive documents for relevancy and providing them to LGI for a privilege review, we will likely need to bring this matter to the Court.</u>

Thanks for your assistance,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

---

**From:** Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Sent:** Friday, November 11, 2022 3:18 PM
**To:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Madan, Raj <Raj.Madan@skadden.com>
**Subject:** [EXTERNAL] Re: Timing Update

Carmen,

That is the correct number.

I spoke with LGI yesterday about the additional searches, and just got off another call with them. They are working to get you data on the additional search terms as soon as possible—I have been told that we should have early next week, though some of the non-US results could take slightly longer. In all events, we are getting those as quickly as we can. And that information will include the foreign language search terms that were used in the initial searches as well.

Best,
Nathan

**Nathan Wacker**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
Office: +1.202.371.7182 | Cell: +1.903.744.5752 | Fax: +1.202.661.9182
nathan.wacker@skadden.com

On Nov 10, 2022, at 6:51 PM, Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov> wrote:

Thanks for the update. We saw 37 documents on the share site—could you confirm that's the correct number? Also, please let us know what came out of your call with your client today. We would appreciate the hit counts and, as discussed earlier, we'd like to see what the original foreign language search terms were for each custodian. We can discuss other details when we have that information.

Thanks again,

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Sent:** Thursday, November 10, 2022 10:59 AM
**To:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Cc:** Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** [EXTERNAL] RE: Timing Update

Sorry about that. See below.

| Site: | https://secureftp.skadden.com |
|---|---|
| Username: | sk2067548_LGI_DOJ |
| Password: | B4tEewqc (this is case sensitive) |

**Nathan Wacker**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7182 | M: +1.903.744.5752 | F: +1.202.661.9182
nathan.wacker@skadden.com

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Thursday, November 10, 2022 10:11 AM
**To:** Wacker, Nathan P (WAS) <Nathan.Wacker@skadden.com>
**Subject:** [Ext] RE: Timing Update

Good morning- can you send Isaac and I the link and password for your share site? Thanks.

3

E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Sent:** Thursday, November 10, 2022 5:33 AM
**To:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Cc:** Madan, Raj <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** [EXTERNAL] RE: Timing Update

In response to the items you had requested:

1. I have uploaded a production to the share site we have been using. This production includes documents from the internal shared drives used by Liberty Global that you asked us specifically about. I understand that you want these in load file format. Unfortunately, I don't have that yet, but I will upload it as soon as I get that. But I wanted to get to you now in an effort to meet your requested timing. In addition, we are more than halfway through our review of the unproduced documents in our database. Because we interpreted your first set of RFPs broadly, we have not yet identified any additional documents to be produced, but we will complete our review and produce any additional responsive documents by 11/15.
2. On the Deloitte overseas documents, I have been trying for two months to get movement from Deloitte Belgium. As I mentioned, I had emailed Eva Raffo several times. I understand that the Department of Justice spoke with Ms. Raffo about this matter several months ago. Ms. Raffo had not responded to my emails until a couple of hours ago, and she informed me that she has moved to a different role at Deloitte and no longer handles discovery-type matters. I now have the names of two other people at Deloitte who I am told can help. I have already asked for a call at their earliest convenience. After I speak with them, I will update you on process and timing for getting the documents.
3. We do not believe our searches to be materially inadequate, but we are getting search results for the terms you have requested. I have a call scheduled for noon today with the appropriate people at our client, and I will update you after that call.

**Nathan Wacker**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7182 | M: +1.903.744.5752 | F: +1.202.661.9182
nathan.wacker@skadden.com

**From:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Sent:** Monday, November 7, 2022 1:14 PM
**To:** Wacker, Nathan P (WAS) <Nathan.Wacker@skadden.com>
**Cc:** Madan, Raj (WAS) <Raj.Madan@skadden.com>; Sawyer, Thomas J. (TAX) <Thomas.J.Sawyer@usdoj.gov>; Hoenig, Isaac M. (TAX) <Isaac.M.Hoenig@usdoj.gov>
**Subject:** [Ext] RE: Timing Update

Nathan,

Things come up.  You can file your motion saying we are not opposing 11/7 for the RFAs.

4

As discussed, if you wish to add color beyond the simple request for an extension (i.e., your views on relevance, what is or is not in dispute, what is up for SJ, etc.) please indicate "The United States is not opposing the deadlines requested here, but does necessarily agree with or endorse the other statements or characterizations in this motion."

That said, this does not assuage our concerns about your time tables generally. Again, we have asked that by 11/9 you (1) a material production on the RFPs that were due 10/16; (2) have a concrete plan with appropriate timelines for the Deloitte overseas documents that you are actually committing to, as you said you would do over the summer; and (3) at the very least have document counts on the searches we have asked for. We do not view the last as an "extra" request, we view that as potentially correcting material inadequacies in the initial searches. We have not sought the court's assistance so far but are prepared to do so going forward.

We are particularly concerned that if we are correct, and the initial searches were materially inadequate, there may substantial document review left to do. If so, we do not see how discovery can be completed on time on the pace you have currently kept.

Thanks,


E. Carmen Ramirez
Trial Attorney
United States Department of Justice, Tax Division
202-598-7815 (mobile)
202-616-2885 (office)
202-307-0054 (fax)

**From:** Wacker, Nathan P <Nathan.Wacker@skadden.com>
**Sent:** Friday, November 4, 2022 5:07 PM
**To:** Ramirez, E. Carmen (TAX) <E.Carmen.Ramirez@usdoj.gov>
**Subject:** [EXTERNAL] Timing Update

Carmen,

As you know, we were working to get you responses to your RFAs today. I am still awaiting approval from one person at Liberty Global before I am authorized to send. They understand the urgency, and I hope to have that approval later today. However, I may not have approval until Monday morning. I sincerely apologize for the potential delay, and I recognize that won't alleviate concerns you have about hitting targeted dates. Everyone on our side is committed to making sure that we remain on the schedule discussed for the other outstanding items.

We plan to update our letter to the Court regarding discovery deadlines to reflect that the RFA responses may come as late as Monday, November 7. Please let me know if you have any concerns or if that changes the United States' position on our request for an extension. If you would like to discuss, I am available on my cell phone (903-744-5752).

Best,
Nathan

**Nathan Wacker**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7182 | M: +1.903.744.5752 | F: +1.202.661.9182
nathan.wacker@skadden.com


-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain

5

legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================