IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

Liberty Global, Inc.

    Plaintiff,

v.

United States of America

    Defendant.

---

**Joint Status Report for February 23, 2023, Discovery Conference**

---

The Court has set a telephone hearing for February 23, 2023, to discuss discovery issues raised by the United States. The parties have conferred, and Liberty Global, Inc. (LGI) and the United States hereby submit this joint status report to highlight the issues that the parties would like to discuss.

**Discovery Status**

1.    The discovery cut-off date in this matter is April 14, 2023.

2.    In the United States' view, the following discovery items have not been completed:

    a.   Requests for production to LGI, including collection of documents from LGI-related entities or service providers overseas.

1

      b. Depositions.

      c. Deloitte U.S.-based documents.

      d. Deloitte European-based documents.

      e. Updated privilege logs, including information sufficient to identify attachments to e-mails listed on the logs.

      f. Resolution of LGI's claim that a memo created by LGI's tax Department Memo and produced to the United States by KPMG should not have been produced and is subject to privilege.

3. LGI disputes the need for these items. LGI has already provided significant discovery to the United States in this case, including document productions, responses to interrogatories, and responses to detailed requests for admissions. LGI believes that any additional discovery would be cumulative and unnecessary because, as described below, there is no dispute between the parties as to any material facts. Thus, LGI believes the case is ripe for summary judgment without further discovery.

4. On February 9, 2023, lead counsel for the United States, Thomas Sawyer, was selected to serve as a juror for a trial that is expected to last at least six weeks in federal court for the District of Columbia. This may impact the United States' ability to conduct discovery.

## Topic for Summary Judgment

5. The United States previously advised LGI that, after review of the initial discovery, the United States will pursue substance-over-form arguments including the

economic substance doctrine now codified at 26 U.S.C. § 7701(o)(1), which provides in relevant part:

> (o)  Clarification of Economic Substance Doctrine – (1) Application of Doctrine.  In the case of any transaction to which the economic substance doctrine is relevant, such transaction shall be treated as having economic substance only if (A) the transaction changes in a meaningful way (apart from Federal income tax effects) the taxpayer's economic position, and (B) the taxpayer has a substantial purpose (apart from Federal income tax effects) for entering into such transaction.

6. In LGI's view, the codified economic substance doctrine thus contains an initial question, *i.e.*, whether the doctrine is relevant to the transactions at issue.

7. LGI contends that the transactions at issue in this case are among the types of transactions for which the economic substance doctrine is not relevant.

8. In LGI's view, any further discovery on the economic substance or other judicial doctrines issue is unnecessary, because there are no material facts in dispute. LGI is not contesting the factual predicates for applications of the economic substance doctrine. Indeed, in responses to detailed Requests for Admissions from the United States, LGI has admitted that it will not argue that the factual predicates of the economic substance test are satisfied—i.e., whether the transactions at issue "change in a meaningful way" LGI's economic position or whether LGI had a substantial non-tax business purpose for entering the transactions.

9. Therefore, LGI believes this case can be resolved now through summary judgment, without the need for a trial. Moreover, a decision by the Court on summary judgment would resolve the remaining disputed issues in this case. And with no issues of fact in dispute, LGI believes it is appropriate to stay discovery immediately.

10. The United States agrees that to the extent LGI's intended motion is based on material facts that are not in dispute, a ruling on the relevancy question may facilitate the resolution of this case or its presentation for trial. However, the United States seeks to raise and preserve its discovery rights, and wishes the Court to address the discovery issues discussed above before considering LGI's request to proceed on summary judgment.

11. The United States had intended to proceed with discovery. The United States cannot agree that there are no material undisputed facts because the United States does not believe it has had access to all potentially responsive discovery. It also notes that, in some circumstances, the question whether the economic substance doctrine is relevant to a transaction may involve mixed questions of law and fact. Thus, during the parties' discussions, the United States noted that it wished to reserve its right to seek discovery or postpone a ruling under Fed. R. Civ. P. 56(d).

Respectfully submitted this 22nd day of February, 2023.

| /s/ Nathan Wacker | |
|---|---|
| Rajiv Madan | DAVID A. HUBBERT |
| Jessie Liu | Acting Assistant Attorney General |
| Nathan Wacker | |
| Skadden, Arps, Slate, Meagher & Flom LLP | /s/ E. Carmen Ramirez |
| 1440 New York Avenue, N.W. | Thomas J. Sawyer |
| Washington, DC 20005 | E. Carmen Ramirez |
| (202) 371-7020 (Madan) | Isaac Hoenig |
| (202) 371-7340 (Liu) | Trial Attorneys |
| (202) 371-7182 (Wacker) | U.S. Department of Justice, Tax Division |
| Raj.Madan@skadden.com | P.O. Box 683, Ben Franklin Station |
| Jessie.Liu@skadden.com | Washington, D.C. 20044 |
| | Tel: (202) 514-8129 (Sawyer) |

Nathan.Wacker@skadden.com
*Attorneys for Plaintiff Liberty Global, Inc.*

Gregory S. Tamkin
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
*Attorney for Plaintiff Liberty Global, Inc.*

(202) 616-2885 (Ramirez)
(202) 307-5963 (Hoenig)
Fax: (202) 307-0054
Thomas.J.Sawyer@usdoj.gov
E.Carmen.Ramirez@usdoj.gov
Isaac.M.Hoenig@usdoj.gov
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.

Respectfully submitted,

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice