IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-03501-RBJ | Date: February 23, 2023 |
|---|---|
| Courtroom Deputy: Meghan Smotts | Court Reporter: Julie Thomas |

| *Parties* | *Counsel* |
|---|---|
| LIBERTY GLOBAL, INC., | *Rajiv Madan* |
|  | *Gregory Tamkin* |
|  | *Nathan Wacker* |
| **Plaintiff** | |
| v. | |
| UNITED STATES OF AMERICA, | *Isaac Hoenig* |
|  | *E. Carmen Ramirez* |
| **Defendant** | *Thomas Sawyer* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY AND SCHEDULING CONFERENCE**

Court in Session: 3:30 p.m.

Appearance of counsel – all counsel appears via telephone.

Discussion held on discovery disputes.

**ORDERED:** Plaintiff shall produce the discovery, as specified on the record, on or before March 15, 2023.

Court in Recess: 4:08 p.m.        Hearing concluded.        Total time in Court: 00:38